IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

GWENDOLYN SMALLS, as Administratrix
of the Estate of LINWOOD RAYMOND
LAMBERT, JR., deceased,

        Plaintiff,

                                      Civil Action No. 4:15CV00017

v.

CHIEF OF POLICE, JAMES W. BINNER,
COLONEL,
Individually and in his official capacity, et als.,

        Defendants.

## MOTION FOR SANCTIONS

COME NOW DEFENDANTS, Chief of Police, James W. Binner, Colonel, Deputy Chief of Police, Brian K. Lovelace, Town of South Boston, the South Boston Police Department, Corporal Tiffany Bratton, Officer Clifton Mann and Officer Travis Clay and request that this Court enter an Order sanctioning Plaintiff's attorneys whose names appear on Plaintiff's response in opposition to Defendant's motion to limit discovery (ECF#26) for the intemperate and unprofessional response thereto, specifically by striking said pleading, or, at a minimum, the offending opening paragraph, and awarding Defendants their costs expended herein.

                                              CHIEF OF POLICE, JAMES W. BINNER,
                                              COLONEL, ET ALS.

                                              By Counsel

COUNSEL:

s/ Michael A. Nicholas
James A. L. Daniel (VSB #03881)
Martha White Medley (VSB #21171)
Michael A. Nicholas (VSB #80749)
Counsel for Defendants
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Phone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com

## CERTIFICATE OF MAILING

I hereby certify that on the __26th__ day of August 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> David M. Kopstein, Esquire
> Kopstein & Associates, LLC
> 9831 Greenbelt Road, Suite 205
> Seabrook, MD  20706
> *Co-Counsel for Plaintiff's attorneys*

> Joseph L. Messa, Esquire
> Ramon A. Arreola, Esquire
> Thomas N. Sweeney, Esquire
> Messa & Associates
> 123 S. 22nd Street
> Philadelphia, PA 19103
> *Co-Counsel for Plaintiff's attorneys*

s/ Michael A. Nicholas