IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

GWENDOLYN SMALLS, as Administratrix
of the Estate of LINWOOD RAYMOND
LAMBERT, JR., deceased,

        Plaintiff,

v.                                                 Civil Action No. 4:15CV00017

CHIEF OF POLICE, JAMES W. BINNER,
COLONEL,
Individually and in his official capacity, et als.,

TO:   Gwendolyn Smalls, Adm'x of the
       Estate of Linwood Raymond, Lambert, Jr.
       c/o Ramon A. Arreola, Esq.
       MESSA & ASSOCIATES
       123 S. 22nd Street
       Philadelphia, PA 19103

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Tuesday, October 27, 2015 at 2:00 p.m.** in the Office of Chief Medical Examiner, Western District of Virginia, 6600 Northside High School Road, Roanoke, Virginia 24019, Defendants, by counsel, will take the deposition of:

**Jennifer Bowers, MD**

upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths. The oral examination

will continue from day to day until completed. If for any reason the depositions are not then begun, or if begun and not completed, the taking thereof will be continued from time to time and place to place until completed.

                                                CHIEF OF POLICE, JAMES W. BINNER, COLONEL, ET ALS.

                                                By Counsel

COUNSEL:

s/ Michael A. Nicholas
James A. L. Daniel (VSB #03881)
Martha White Medley (VSB #21171)
Michael A. Nicholas (VSB #80749)
Counsel for Defendants
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Phone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com

## CERTIFICATE OF MAILING

I hereby certify that on the ___14th___ day of September 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> David M. Kopstein, Esq.
> Kopstein & Associates, LLC
> 9831 Greenbelt Road, Suite 205
> Seabrook, MD 20706
> *Co-Counsel for Plaintiff*

> Joseph L. Messa, Esq.
> Ramon A. Arreola, Esq.
> Thomas N. Sweeney, Esq.
> Messa & Associates
> 123 S. 22nd Street
> Philadelphia, PA 19103
> *Co-Counsel for Plaintiff*

s/ Michael A. Nicholas