# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

GWENDOLYN SMALLS, as Administratrix
of the Estate of LINWOOD RAYMOND
LAMBERT, JR., deceased,

    Plaintiff,

v.

                            Civil Action No. 4:15CV00017

CHIEF OF POLICE, JAMES W. BINNER,
COLONEL,
Individually and in his official capacity, et als.,

    Defendants.

## SECOND MOTION FOR SANCTIONS

COME NOW DEFENDANTS, Chief of Police, James W. Binner, Colonel, Deputy Chief of Police, Brian K. Lovelace, Town of South Boston, Corporal Tiffany Bratton, Officer Clifton Mann and Officer Travis Clay and request that this Court enter an Order sanctioning Plaintiff's attorneys whose names appear on Plaintiff's Amended Complaint (ECF#46) for the unfounded, inflammatory and outrageous allegation that Linwood Lambert, Jr. was murdered by Defendants.

                                            CHIEF OF POLICE, JAMES W. BINNER,
                                            COLONEL, ET ALS.

                                            By Counsel

COUNSEL:

s/ Michael A. Nicholas
James A. L. Daniel (VSB #03881)
Martha White Medley (VSB #21171)
Michael A. Nicholas (VSB #80749)
Counsel for Defendants
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Phone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com

## CERTIFICATE OF MAILING

I hereby certify that on the ___18th___ day of September 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> David M. Kopstein, Esquire
> Kopstein & Associates, LLC
> 9831 Greenbelt Road, Suite 205
> Seabrook, MD 20706
> *Co-Counsel for Plaintiff's attorneys*

> Joseph L. Messa, Esquire
> Ramon A. Arreola, Esquire
> Thomas N. Sweeney, Esquire
> Messa & Associates
> 123 S. 22nd Street
> Philadelphia, PA 19103
> *Co-Counsel for Plaintiff's attorneys*

s/ Michael A. Nicholas