# DANIEL, MEDLEY & KIRBY, P.C.

ATTORNEYS AT LAW
110 NORTH UNION STREET
DANVILLE, VIRGINIA 24541

| | | |
|---|---|---|
| JAMES A. L. DANIEL<br>MARTHA WHITE MEDLEY<br>WILLIAM L. KIRBY, III<br>JANINE M. JACOB<br>MICHAEL A. NICHOLAS<br>MAGGY L. GREGORY<br>T. BRENT GAMMON | MAILING ADDRESS:<br>POST OFFICE BOX 720<br>DANVILLE, VIRGINIA 24543-0720<br><br>TELEPHONE: (434) 792-3911<br>FACSIMILE: (434) 793-5724<br>INTERNET: dmklawfirm.com | MARTINSVILLE OFFICE<br>P. O. BOX 1192<br>MARTINSVILLE, VA 24114<br>TELEPHONE: (276) 666-1585<br>FACSIMILE: (276) 666-4046 |

September 25, 2015

**Via CM/ECF**
Heather McDonald, Deputy Clerk
U.S. District Court - Western
District of Virginia-Danville Division
P. O. Box 1400
Danville, VA  24543

      RE:    Gwendolyn Smalls as Administratrix of the
                Estate of LINWOOD RAYMOND LAMBERT, JR., deceased
                v.
                Chief of Police, James W. Binner, Colonel, et als.
                Civil Action No.:  4:15cv00017

Dear Ms. McDonald:

      Please be advised that by copy of this letter to the attorney for the Plaintiff, we are forwarding today by mail Defendants' Objections to Plaintiff's Supplemental Request for Production of Documents to All Defendants in the above-captioned matter.

                                                        Very truly yours,

                                                        Michael A. Nicholas

MAN:rbg
w/o Enclosures
cc:    David M. Kopstein, Esq. (w/ enclosures, via mailing)
       Ramon A. Arreola, Esquire (w/ enclosures, via mailing)