IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| GWENDOLYN SMALLS, Individually and as Administratrix of the Estate of LINWOOD RAYMOND LAMBERT, JR., deceased | ) ) ) ) ) |
| Plaintiff, | ) Case No.: 4:15-cv-00017 |
| v. | ) ORDER ) |
| CHIEF OF POLICE, JAMES W. BINNER, COLONEL, Individually and in his official Capacity, et al. | ) By: Robert S. Ballou ) United States Magistrate Judge ) ) |
| Defendants. | ) |

## ORDER

For the reasons outlined more fully in the accompanying memorandum opinion, Defendants' motions for sanctions (Dkt. Nos. 56 and 66) are **DENIED**. Defendants' request for attorney's fees is likewise **DENIED**. The court hereby orders that the second sentence of the first paragraph of Plaintiff's docket entry number 26 be stricken. Additionally, the word "murder" is to be stricken from paragraphs 98, 112, and 185 of the Amended Complaint. Dkt. No. 46. "Murder" is to be replaced with the word "death."

Plaintiff is to file amended documents in compliance with this order no later than the close of business Wednesday, November 18, 2015.

Entered: November 13, 2015

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge