IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

GWENDOLYN SMALLS, as Administratrix
of the Estate of LINWOOD RAYMOND
LAMBERT, JR., deceased,

        Plaintiff,

v.                              Civil Action No. 4:15CV00017

CHIEF OF POLICE, JAMES W. BINNER,
COLONEL,
Individually and in his official capacity, et als.,

        Defendants.

## DEFENDANTS' OBJECTION TO, AND MOTION TO EXCLUDE, TESTIMONY OF PLAINTIFF'S EXPERT, MELVIN L. TUCKER

COME NOW Defendants, by counsel, and move this Court for an Order barring consideration of any testimony or evidence from Plaintiff's use of force expert, Melvin L. Tucker, for purposes of qualified immunity, as said expert was not timely disclosed under this Court's scheduling order of December 7, 2015 and Rule 26(a)(2)(D)(ii).

                                      CHIEF OF POLICE, JAMES W. BINNER,
                                      COLONEL, ET ALS.

                                      By Counsel

COUNSEL:

s/ Michael A. Nicholas
James A. L. Daniel (VSB #03881)
Martha White Medley (VSB #21171)
Michael A. Nicholas (VSB #80749)
Counsel for Defendants
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Phone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com

## CERTIFICATE OF MAILING

I hereby certify that on the __6th__ day of January 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> David M. Kopstein, Esquire
> Philip P. Kuljurgis, Esquire
> Kopstein & Associates, LLC
> 9831 Greenbelt Road, Suite 205
> Seabrook, MD 20706
> *Co-Counsel for Plaintiff's attorneys*
>
> Joseph L. Messa, Esquire
> Ramon A. Arreola, Esquire
> Thomas N. Sweeney, Esquire
> Messa & Associates
> 123 S. 22nd Street
> Philadelphia, PA 19103
> *Co-Counsel for Plaintiff's attorneys*

> s/ Michael A. Nicholas