# REFERENCES

American College of Emergency Physicians. (2009, September). White paper report on excited delirium syndrome.

Bordanaro v. McLeod, 871 F2d 1151, 1164 [1st Cir. 1989].

City of Canton, Ohio v. Harris, et al, 489 U.S. 378, 109. S.Ct. 1197 [1989].)

Chan, T., Sloane, C., Neuman, T., et al. (2007). The impact of the TASER weapon on respiratory and ventilator function in human subjects? *Acad Emerg Med, 15*, 5 Supplement, 191-192).

Cook, T. D., & Campbell, D. T. (1979). **Quasi-experimentation: design & analysis issues for field settings**. Boston: Houghton Mifflin Company.

Commission on Accreditation for Law Enforcement Agencies, Inc. (2001, November). **Standards for law enforcement agencies** (4th ed.). Fairfax, VA: Author.

Cozby, P. C. (1981). **Methods in behavioral research** (2nd ed.). Palo Alto, CA: Mayfield Publishing Company.

Cresswell, J. W. (1994). **Research design: Qualitative & quantitative approaches**. Thousand Oaks, CA: Sage Publications.

Dawes, D., Ho, J., et al. (2007). 15-second conducted electrical weapon application does not impair basic respiratory parameters, venous blood gases, or blood chemistries and does not increase core body temperatures. *Ann Emerg Med, 50(34)*, S132.

Gibault, R. (2006). *Technology overview.* In *TASER use of force, risk management, and legal strategies.* Scottsdale, AZ: TASER International, Inc.

Graham v. Conner, 490 U.S. 386, 109 S.Ct. 1865 (1989).

Gravetter, F. J., & Wallnau, L. B. (1999). **Essentials of statistics for the behavioral sciences** (3rd ed.). Pacific Grove, CA: Books/Cole Publishing Company.

Graziano, A. M., & Raulin, M. L. (2000). **Research methods: A process of inquiry** (4th ed.). Boston: Allyn and Bacon.

Graziano, A. M., & Raulin, M. L. (1997). **Research methods: A process of inquiry** (3rd ed.). New York: Longman.

Ho, J.D., Dawes, D. M., Johnson, M.A., Lundin, E.J., & Miner, J.R. (2007). Impact of conducted electrical weapons in a mentally ill population: a brief report. *Amer Jour Emerg Med (25)*, 780-785.

Ho, J. D., Dawes, D., Bultman, L. L., et al. (2007). Respiratory effect of prolonged electrical weapon application on human volunteers. *Acad Emerg Med, 14(3)*, 197-201.

Ho, J.D., Miner, J. R., Lakireddy, D.R., Bultma, L.L., & Heegard, W.G. (2006). Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad. Emergency Medicine.*

Kroll, M. (2006). Scientific basis for the TASER weapon cardiac safety. In TASER use of force, risk management, and legal strategies. Scottsdale, AZ: TASER International, Inc.

Leedy, P. D., & Ormrod, J. E. (2001). **Practical research: Planning and design** (7th ed.). Upper Saddle River, NJ: Merrill Prentice Hall.

Mesloh, C., Henych, M., & Wolf, R. (1008). **Less lethal weapon effectiveness, use of force, and suspect & officer injuries: A five-year analysis.** Washington, D.C.: United States Department of Justice.

Minium, E. W., King, B. M., & Bear, G. (1993). **Statistical reasoning in psychology and education** (3rd ed.). New York: John Wiley & Sons, Inc.

Nachmias, D., & Nachmias, C. (1981). **Research methods in the social sciences**. New York: St. Martin's Press.

Peters, Jr., J. G., Daigle, E., Flosi, E., & Marker, J. (2010). Use-of-Force by the Numbers™. Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

Petrowski, T.D. (2002, November). Use-of-force policies and training: A reasoned approach. *FBI Law Enforcement Bulletin*, 28-36.

Rubin, H. J. (1983). **Applied social research.** Columbus, OH: Charles E. Merrill Publishing Company.

TASER International, Inc. (2010, May 1). TASER Training Version 17.0. Scottsdale, AZ: TASER Training Academy.

TASER International, Inc. (2009, December 7). TASER Training Version 16.0. Scottsdale, AZ: TASER Training Academy.

Zipes, D. P. (2102a, April 30). Retrieved online at http://circ.ahajournals.org/content/125/20/2417

Zipes, D. P. (2012b, November 12). "Sudden cardiac arrest following deployment of a TASER electronic control device (ecd)." Las Vegas, NV: Institute for the Prevention of In-custody Deaths, Inc. 2012 conference.

## APPENDIX A

### SUMMARY of FACTS

Smalls v. Chief of Police James W. Binner, et al.

*Disclaimer: This Summary of Facts is merely a compilation of some of the statements attributable to the witnesses and others who interacted or witnessed the interaction between Mr. Linwood Raymond Lambert, Jr. (Mr. Lambert), Town of South Boston Police Department (SBPD) officers Corporal Tiffany Bratton (Corporal Bratton), Clifton Mann (Officer Mann), Travis Clay (Officer Clay), and others on May 4, 2013. It is not intended as, nor should it be considered as, a complete or accurate statement of the actual occurrence.*

### Evidence-based history of Mr. Lambert

Mr. Lambert was a 46-years-old on May 6, 2013 (Bates Stamp, Lambert 35). A Black male, Mr. Lambert was married, and was reported to be 70 inches in height, and to have weighed 221 pounds (Lambert 35).

### 2:48:54 a.m.: A male, believed to be Mr. Lambert, called 9-1-1

A male called 9-1-1 at approximately 2:48:54 hours on May 4, 2013 and said he was in room 223 (SBPD, Call for Service Record, p. 1). When asked what help he needed, the male terminated the call (p.1).

### 2:54: Officer Clay arrived at the Super 8 Motel

At approximately 2:54 a.m. Officer Clay had arrived at the Super 8 Motel to check out the mysterious call (Barker, Summary of Facts, p. 1).

### 2:57:02: Motel front desk was notified about the call

At approximately 2:57:02 hours, a dispatcher called the front desk person at the motel and told them about the odd phone call (SBPD, Call for Service Record, p. 1). The dispatcher asked to be transferred to room #223. A male answered the phone and told the Dispatcher he was there alone and also gave his cellular telephone number (p.1).

### 2:58:01: Male answered the phone but would not talk

At approximately 2:58:01 hours, the male was again called and answered the phone (SBPD, Call for Service Record, p. 1). The male would not speak and then terminated the phone call (p. 1).

### Officers Bratton, Mann, and Clay were dispatched to the motel

Corporal Bratton along with Officers Mann and Clay were dispatched to the hotel at 02:50:13 hours (SBPD, Call for Service Record, p. 1).

### 3:13: Corporal Bratton told responding officers to leave the motel

At approximately 3:13 hours Corporal Bratton told officers who had responded to the motel they could leave, because after speaking to motel management there was no one registered with the cellular telephone number that was provided (Barker, Summary of Incident 13018177, p. 1).

### 3:18: Male called 9-1-1

A male called 9-1-1 at approximately 3:18 hours and said, "I'm at the South Boston motel" and later in the call said "get somebody over here" (Barker, Summary of Incident 13018177, p. 1; SBPD, Call For Service Record, p.1). At one point during the mostly quiet phone call the male stated, "mam I need help" (Barker, Summary of Incident 13018177, p. 2). As previously, the male terminated the phone call (p.2).

### 3:22:17: Dispatch called back the male

Dispatch did a "call back" and spoke to the male (SBPD, Call For Service Record, p.1). The male "sounded like he gave room 123 & states you know whats (sic) going on and then hung up" (p. 1).

### Officers responded and awakened an elderly couple in room 123

Officers returned to the hotel and awakened a couple in room 123 (Barker, Summary of Incident 13018177, p. 2). While officers checked vehicles that were parked in the motel parking lot, dispatch called the number twice that was given by the male that resulted in his terminating the call both times (p.2).

### 4:28-4:30: Male again called dispatch and was told to meet officers in the hallway

Sometime approximately 4:28 and 4:30 hours the male called dispatch and was told to meet officers in the hallway (Barker, Summary of Incident 13018177, p. 2). Upon arrival, officers were told by dispatch the manager of the hotel had called and reported a disturbance in room 109 (p.2).

### 4:39: Officers arrive and speak to Mr. Lambert

Officers arrived at approximately 4:39 hours and spoke to Mr. Lambert (Barker, Summary of Incident 13018177, p. 2).

### Corporal Bratton walked into Mr. Lambert's motel room

Corporal Bratton reported walking into Mr. Lambert's motel room and seeing "what appeared to be the bed frames leaning against the wall. The light fixtures were broken from the ceiling and the lamps were on the floor and broken" (Bratton, Incident #130181177, 5/4/2013, p. 2). Officer Mann told Corporal Bratton that Mr. Lambert had a small cut on his hand, and that there was a small amount of blood on the bed sheet (p. 2). Corporal Bratton learned Mr. Lambert's name and

address after running him through Central Dispatch where she also learned he was not wanted (p.2).

### Broken vodka bottle found on the room floor

Officer Mann pointed out to Corporal Bratton a broken vodka bottle that was on the room floor (Bratton, Incident #130181177, 5/4/2013, p. 2). Mr. Lambert told the officers he had drunk the entire bottle (p.2).

### Mr. Lambert told officers he had stabbed 2 people and red beams pointed at him

Mr. Lambert told officers that he had stabbed two people, and that red beams were pointed at him (Bratton, Incident #130181177, 5/4/2013, p. 3). When asked where the stabbed people were located, Mr. Lambert told the officer they should check the ceiling tiles (p.3). Corporal Bratton decided Mr. Lambert needed to be taken to the hospital for a mental evaluation (p.3).

### Mr. Lambert was handcuffed and taken to Halifax Regional Hospital

Corporal Bratton reported asking Mr. Lambert to turn around and place his hands behind the back so they could handcuff him for his and the officers' safety (Bratton, Incident #130181177, 5/4/2013, p. 3). Mr. Lambert tried to put his hands into his pockets, but Corporal Bratton and Officer Clay each grabbed a wrist (Clay, Incident #130181177, 5/9/2013, p. 4). Corporal Bratton and Officer Mann handcuffed Mr. Lambert (Mann, Incident #130181177, 5/6/2013, p. 3). Mr. Lambert was then placed into the rear seat of Officer Clay's patrol car where he was then transported to Halifax Regional Hospital (p.3).

### Mr. Lambert kicked out the rear passenger window

Mr. Lambert kicked the right rear passenger window out of Officer Clay's patrol car (see photographs; Bratton, Incident # 13018177, 5-4-2013, p. 3; Mann, Incident # 13018175, 5-6-2013, p. 3; Clay, Incident # 13018177, p. 5).

### Mr. Lambert quickly exited the patrol car and ran into the hospital doors

After officers had opened the rear door of Officer Clay's patrol car, Mr. Lambert quickly fled the patrol car, would not follow officer commands, and forcefully ran into the glass entrance sliding doors of the hospital, damaging them (see video; Bratton, Incident # 13018177, 5-4-2013, p. 3; Mann, Incident # 13018175, 5-6-2013, p. 3; Clay, Incident # 13018177, p. 5).

### Officers deployed their TASER ECWs that produce little to stop Mr. Lambert

Mr. Lambert demonstrated active resistance and would not listen to officers' commands. Examples of his active resistance include, but are not limited to:

- actively resisted the officers is after the first probe TASER deployment. After falling to the ground he attempted to again stand (Bratton, Incident # 13018177, 5-4-2013, p. 4);
- actively resisted officers was after the second TASER re-energizing by Corporal Bratton. Mr. Lambert refused to stop moving, and rolled around on the ground—side to side (Bratton, Incident # 13018177, 5-4-2013, p. 4);
- kicking his feet when they attempted to place leg irons on his ankles. All the officers reported struggling with Mr. Lambert (Bratton, Incident # 13018177, 5-4-2013, p. 4; Mann, Incident # 13018177, p. 3);
- dragged his feet as the officers led him back to Officer Clay's patrol car (Mann, Incident # 13018177, p. 4);
- refused to get inside the patrol car (Mann, Incident # 13018177, p. 4).

The following tables show the frequency and duration of the officers' ECW discharges. Discharges do not equate to application, because probes could have missed, came loose, or officers could have had their finger on the trigger firing the ECW into the air.

Table 1  Officer Clay's ECW discharges

| Sequence # | Local Time | Duration of Discharge in Seconds |
|---|---|---|
| 56 | 05:04:2013 | 5s |
| 57 | 05:44:02 | 5s |
| 58 | 05:44:35 | 5s |

Clay, Evidence Sync Device Report, June 6, 2013, p. 2.

Table 2  Corporal Bratton's ECW discharges

| Sequence # | Local Time | Duration of Discharge in Seconds |
|---|---|---|
| 217 | 05:15:04 | 2s |
| 218 | 05:15:10 | 5s |
| 219 | 05:15:18 | 5s |
| 220 | 05:15:24 | 3s |
| 221 | 05:15:25 | 2s |
| 222 | 05:15:34 | 5s |
| 223 | 05:15:53 | 5s |
| 224 | 05:16:22 | 6s |
| 225 | 05:16:28 | 5s |
| 226 | 05:16:56 | 10s |
| 227 | 05:16:59 | 3s |
| 228 | 05:25:43 | 4s |
| 229 | 05:26:24 | 5s |
| 230 | 05:26:25 | 1s |
| 231 | 05:26:37 | 5s |

Bratton, Evidence Sync Device Report, June 6, 2013, p. 5.

Table 2  Officer Mann ECW discharges

| Sequence # | Local Time | Duration of Discharge in Seconds |
|---|---|---|
| 239 | 05:33:36 | 5s |

Mann, Evidence Sync Device Report, June 6, 2013, p. 5.

### Mr. Lambert was placed into Officer Clay's patrol car

Mr. Lambert continued his active resistance as officers placed him into Officer Clay's patrol car. After being laid down on the back seat of the patrol car, Mr. Lambert stuck his feet out the broken window and refused to sit upright (Mann, Incident # 13018177, p. 4). Officer Mann entered the back seat of the patrol car and struggled with Mr. Lambert (Clay, Incident # 13018177, 5/9/2013, p. 7). Mr. Lambert had also tried to bite Officer Clay's hand (Mann, Incident # 13018177, p. 4).

### Mr. Lambert was taken to jail

Officer Clay testified that officers made a group decision not to ask a nurse to come out to evaluate Mr. Lambert because he was trying to bite officers (Clay deposition, 22:17-24). Fear of injury was also a basis for not contacting emergency medical providers (22:17-24). The officers decided that jail was the better place for Mr. Lambert to be medically evaluated (22:25). The Halifax jail had a nurse who could medically evaluate Mr. Lambert in a safe and confined area.

### Mr. Lambert became non-responsive

Officer Clay reported Mr. Lambert became quiet on the ride to the jail (Clay, Incident # 13018177, 5/9/2013, p. 8). Officer Mann opened the patrol car door to remove Mr. Lambert and was heard to say, "Oh shit" (p. 9). Mr. Lambert was removed from the patrol car, and given cardiopulmonary resuscitation (CPR) by Officer Clay (Clay, Incident # 13018177, 5/9/2013, p. 9). Officer Mann also did chest compressions as Corporal Bratton hooked up the defibrillator that reported to not shock Mr. Lambert (p.10).

### 6:23 a.m.: Mr. Lambert was pronounced dead at the hospital

Rescue was called by dispatch and transported Mr. Lambert to Halifax Regional Hospital (Bates Stamp, Lambert 33). Mr. Lambert was pronounced dead at approximately 6:23 a.m. (Lambert 33).

**Autopsy conducted on Mr. Lambert**

Dr. Bowers performed the autopsy on Mr. Lambert on Monday, May 6, 2013 (Bates Stamp, Lambert 35). The reported Mr. Lambert's "Cause of Death" was "Acute Cocaine Intoxication" (Bates Stamp, Lambert 35).

## APPENDIX B

### CASE SPECIFIC DOCUMENTS REVIEWED and/or CONSIDERED

Smalls v. Chief of Police James W. Binner, et al.

1.  Complaint,

2.  Amended Complaint,

3.  Answer,

4.  Lt. Dennis W. Barker, Memo, Directions for playing videos from in-car cameras, June 11, 2013,

5.  Additional activities of Lt. D.W. Barker in regards to incident 13-018177, undated,

6.  Record of Witness Speaking with Mann by Lt. Barker, undated,

7.  Summary of Incident 13018177 by Lt. Barker, undated,

8.  Contacts with CWA Tracy Quakenbush-Martin by Lt. Barker, undated,

9.  Corporal Bratton, Incident Report #13018177, 5/4/2013,

10.  Corporal Bratton, Evidence Sync Device Report, Model X26, Serial #: X00-409110. June 6, 2013,

11.  Officer Clay, Incident Report: Disorderly Conduct/Assault on Police Officer/Destruction of Property/Resisting Arrest #13018177, 5/9/2013,

12.  Officer Clay, Evidence Sync Device Report, Model X26, Serial #: X00-409062, June 6, 2013,

13.  Use of Force History for Officer T. Clay, undated,

14.  TASER ECD User Certification Form, Travis D. Clay, 4-19-2013,

15.  TASER X26 Electronic Control Device Certification Test, Version 18: Travis D. Clay, 4-19-2013,

16.  Training Information Sheet: Officer T. Clay, undated,

17.  Officer C. Mann, Incident Report #13018175, 5-6-2013,

18.     Officer Mann, Evidence Sync Device Report, Model X26, Serial #: X00-595587, June 6, 2013,

19.     Use of Force History for Officer C. Mann, undated,

20.     Range Qualification Form, Clinton Mann, 2011,

21.     Range Qualification Form, Clinton Mann, 2012,

22.     Training Information Sheet: Officer C. Mann, undated,

23.     Detective C. L. Carswell, Incident 13-018177 Report, 5-4-2013,

24.     Corporal Bowen, handwritten report, 5-4-2013,

25.     Charge and repair cost to room 109 on May 3, 2013,

26.     Super 8 Registration: Linwood Lambert,5/3/2013,

27.     Notice of Vehicle Impoundment/Immobilization, 5-4-2013,

28.     License Plate printout, May 4, 2013,

29.     South Boston Police Department, Call for Service Record: Super 8 Motel, 5/4/2013,

30.     SWCAD Call Summary Reports, 5/4/2013,

31.     CD of Dispatch Records,

32.     CD: Photos of Damaged Police Vehicle and vehicle at Super 8 Motel,

33.     CD: Video from Officer Mann's patrol car,

34.     CD: Video from Corporal Bratton's patrol car-Halifax Regional Hospital,

35.     CD: Video from Corporal Bratton's patrol car-Super 8 Motel,

36.     CD: ER Surveillance of Halifax Regional Hospital,

37.     CD: TASER usage recording of officers,

38.     CD: Photos of Mr. Lambert in the backseat of patrol car,

39.     CD: South Boston Police Department General Order's Manual,

40.     Autopsy Report: Mr. Lambert,

41. Deposition transcript: Officer Clay,

42. Deposition transcript: Colonel James Binner,

43. Deposition transcript: William Fallen,

44. Deposition transcript: Officer C. Mann.

## APPENDIX C

## COMPENSATION

Smalls v. Chief of Police James W. Binner, et al.

### Compensation

I have been paid a retainer of $3000.00 against which billing is made at a rate of $300.00 per hour. Deposition testimony is invoiced at a flat daily rate of $2000.00 per day, if the deposition is taken at my location and pre-paid, or $3000.00 if taken other than at my location, plus direct expenses and pre-paid. On-site visits are invoiced at $3000.00 per day, plus direct expenses. Time for trial testimony is invoiced at $2000.00 per day at my location, or $3000.00 per day other than at my location, plus direct expenses.

CURRICULUM VITAE

**JOHN G. PETERS, JR., Ph.D., CLS, CTC**
(rev. 10.03.15)

## EDUCATION:

### Post-Graduate Courses/Programs

See Appendix A.

**Doctor of Philosophy** (Applied Management & Decision Sciences), Walden University, Minneapolis, MN, 1999. Dissertation: The Patterns, Practices, and Managerial Impact of Sexual Harassment in a Southern Sheriff's Department with a Comparative Analysis to the United States Merit Systems Protection Board Findings. (Accredited by North Central Association of Colleges)

*Post-doctoral* **Master of Arts** (Career and Technical Education), School of Education, California State University, San Bernardino, 2013. (Accredited by Western States Association of Colleges)

**Master of Business Administration** (Marketing/Management), *With Distinction*, Graduate School of Management, Babson College, Wellesley, MA, 1978. (Accredited by New England Association of Colleges, and AACSB)

**Master of Science** (Public Relations), School of Public Communication, Boston University, Boston, MA, 1976. (Accredited by New England Assoc. of Colleges)

**Bachelor of Science** (Criminal Justice), *Summa Cum Laude*, University of Baltimore, Baltimore, MD, 1975. (Accredited by Middle States Assoc. of Colleges)

**Associate in Applied Science** (Police Science), *Cum Laude*; **Certificate in Corrections**, *Cum Laude*, Northern Virginia Community College, Annandale, VA, 1972. (Accredited by Southern States Assoc. of Colleges)

## PROFESSIONAL EXPERIENCE:

2015 – Present: **Center for Excellence in Event Reconstruction**, Henderson, NV. Developed this Center within the Institute for the Prevention of In-Custody Deaths, Inc. Held the first international "Law Enforcement Camera-based Systems" symposium in June 2015, with 3 countries represented.

2014 – Present: **IPICD Online Training Center**, Henderson, NV. Co-developed this online training center to offer instructor updates, requalification, and independent courses. Developed and designed many of the course lessons, including narration.

2005 – Present. **Institute for the Prevention of In-Custody Deaths, Inc.** Henderson, NV. President, Chief Learning Officer. Administrative, teaching, plus curricula and instructional design, operational guidance, research project manager, and implementation of arrest-related and sudden in-custody death identification, prevention, and investigative programs (including jail suicide) for criminal justice, emergency responders, correctional, and medical agencies across the globe. Program developer/writer of several training aids: informational video, text, seminal electronic applications, instructor and basic training workbooks and support materials, etc., in addition to identifying and synthesizing the literature on arrest-related and sudden in-custody deaths (e.g., metabolic acidosis, agitated delirium, "excited delirium", asphyxia issues, etc.). Assisted a Texas Sheriff's Department in the monitoring of a United States Department of Justice Civil Rights Division investigation of its large correctional facility. Developed and sponsored the first and subsequent international sudden death, excited delirium conferences in November 2006, November 2007, October 2008, November 2009, November 2010, November 2011, November 2012, November 2013 and November 2014. Developed and sponsored the first Forensic Analyst Program on Delirium and Sudden, In-Custody Death (2009), and the first ECD Forensic Analyst™ Program (2010). Developed and sponsored the first restraint symposium, April 2014. Conducted the first scientific field setting research of The WRAP Restraint (with A. David Berman, M.S.). Editor, *Clinical Significance*™ quarterly newsletter. Instructional Conducted an on-site visit to Singapore Prison Service (SPEAR Force) in 2014 where lesson plans, assessments, and defensive tactics programs (handcuffing, baton, OC, and unarmed self-defense) were evaluated and recommendations provided.

1982 - Present: **Defensive Tactics Institute, Inc.** Henderson, NV. Founder, Vice Chairman, Chief Operating Officer, and senior instructor. President, 1982 - 1995. Administrative, marketing, public relations, financial, curricula design, teaching, plus the design, implementation and evaluation of less-than-lethal and non-lethal instructor and basic training programs for criminal justice agencies across the globe. Develop policies, procedures, rules and regulations for agencies on use-of-force training and equipment. See Appendix B for a list of programs taught.

1982 - Present: **John G. Peters, Jr. & Associates**, Las Vegas, NV. International consultant and project manager. Consulting areas include police, correctional, security, and municipal practices; criminal justice products; civilian use-of-force; management studies; organizational diagnosis of criminal justice agencies; and, sexual harassment surveys and studies. Sexual harassment database is the largest identified that focuses upon criminal justice agencies. Statistical data analysis of TASER® voluntary self-exposures and field uses. Consulted in over 250 criminal and civil cases as a consulting and/or an expert witness. AELE-Certified Litigation Specialist: Police Liability; Correctional Liability; Public Employment Law; and, Campus Law Enforcement.

1982: **United States Secret Service Defensive Tactics Advisory Panel**, Washington, D.C. Member. One of four defensive tactics instructors in the United States appointed to this pioneering panel. The Panel's purpose was to design and update existing self-defense tactics for the U.S. Secret Service (including the Presidential Protection Detail, and the Uniformed Division).

**1982 - 1995: Reliapon Police Products, Inc.**, Albuquerque, NM.  Founder.  President.  Former Chairman of the Board, and Vice President of Marketing and Communications (1983 - 1994). Responsibilities included the overseeing of administrative, marketing, public relations, financial, and senior management matters of this specialized mail order, wholesale, video production, and publishing firm.  Recruited and managed nationwide sales representatives. Products sold in the United States and abroad.  Sold the company in 1994.  Supervised six people.

**1992 - 1994: Institute for Liability Management**, Gallagher-Bassett Services, Inc., Itasca, IL. Senior Associate.  Responsible for the conducting of police department Liability Assessment Profile Surveys (LAPS), the review of LAPS, plus the consultation/ implementation of LAPS; the development and review of high-risk policies; the teaching of courses including: Use-of-Force Instructor, Supervisory Responsibility and Liability Management, Pursuit Liability and Management, etc.; and, criminal justice practices consultation.

**1989 - 1991: Impact Productions, Inc. and Impact Duplications**.  Albuquerque, NM.  Co-founder.  Writer-Producer for video productions and scripts.  Wrote and produced two criminal justice informational videos: ASP Tactical Baton and Defensive Tactics With Electronic Restraints.

**1982 - 1985: Tri-Sector Professional Development Institute, Inc.**  Albuquerque, NM. Founder.  Administrative, marketing, public relations, and other duties, including curricula design and teaching, consulting, plus the design, implementation, and evaluation of management and related training programs for governmental, corporate, and non-profit agencies.  Programs included: public budgeting, criminal investigation management, management by objectives, first-line supervision, discipline, civil liability, and the writing of policies, procedures, and rules and regulations.

**1979 - 1982: PR-24 International Institute, Inc.**, Braintree, MA.  President and founder. Administrative duties, training, plus the design, implementation, and evaluation of the PR-24 baton, Kubotan®, and other defensive tactics programs for criminal justice agencies.  Instructed the *Los Angeles Police Department, the California Highway Patrol, the North Carolina Highway Patrol, the Las Vegas Metro Police, plus others*.  Edited and published an international newsletter for instructors.  Hosted the first PR-24 International instructor seminar.

**1978 - 1979: Public Systems Evaluation, Inc.**, Cambridge, MA.  Senior Research Associate. Responsibilities included the conducting of literature reviews, attitudinal surveys, and topic area leadership in a project designed to assess and extend research findings in the area of police field services.  Became one of the nation's leading authorities in the *management of criminal investigations*.  Visited major California police departments in 1979 to obtain research and management reports on criminal investigation management.

**1977 - 1978: Braintree Police Department**, Braintree, MA.  Staff Executive.  In this *new* position, reported to, and assisted the Police Chief.  Director of both the Administrative Bureau (7 divisions), the Planning and Research Unit, and liaison to the Auxiliary Police.  Functionally reorganized the police department within the first three months.  Responsible for the department budget (excess of $1 million).  Tasks included writing, editing, and implementing policies,

procedures, rules and regulations, Special Orders, General Orders, special investigations, interviewing applicants, discipline, etc.

6/77 - 12/77: **Waltham Police Academy**, Waltham, MA.  Consultant.  In this new position, assisted the Academy Director with planning, organizing, coordinating, scheduling, and teaching.

1973 - 1977: **York County Sheriff's Department**, York, PA.  Deputy Sheriff.  Assignments included all areas of the criminal justice system: courts, corrections, and police.  Assigned to the District Attorney's Fugitive Squad in 1974.  Extensive experience in investigations and security techniques and applications.

1972 - 1973: **Northern York County Regional Police Department**, Dover, PA.  Police officer (self-defense specialist).  Pennsylvania's *first* regional police department.  Conviction rate: criminal arrests--100%; traffic arrests--95%.  Designed and instructed self-defense programs, including the PR-24 baton.

3/72 - 7/71; 6/69 - 6/70: **Federal Bureau of Investigation**, Washington, D.C.  Clerk.  Assigned to the Files and Communications Division.  Received extensive training in public speaking. Instructed FBIRA Judo Club.  Received a *Letter of Commendation* from then FBI Director, J. Edgar Hoover.

## ACADEMIC EXPERIENCE:

See Appendix D for courses taught at academic institutions.

2011- Present:  **University of Phoenix**, Las Vegas, NV. Adjunct Faculty, School of Criminal Justice (Primary), and School of Business (Secondary).

2005-2006: **Neumann College**, Aston, PA. Adjunct faculty. Responsible for teaching in the Master of Leadership degree program.  Designed and taught online facilitator course for undergraduate and graduate faculty.

8/00- 12/04: **Millersville University**, Millersville, PA.  Adjunct faculty. Nominated for *Faculty of the Year, 2001* by Student Senate.

5/03 – 8/04: **Walden University**, Minneapolis, MN.  Adjunct Faculty, School of Management/Public Administration.  Supervised doctoral students in public administration areas, including but not limited to criminal justice, public safety, etc.

6/02 – 8/03:  **Regent University**, Alexandria, VA.  Assistant Professor. On-line course development.  Serve on Admissions Committee and Curriculum Committee, in addition to advising students. Integral part of the SACS review for program accreditation.

3/00 – 9/01: **Walden Institute**, Bonita Springs, FL.  Faculty.  Responsible for teaching the Institute's on-line *Certified Online Instructor Course*. See Appendix D.

9/00 – 6/02: **Regent University**, Alexandria, VA.  Adjunct faculty,  Degree Completion Program.  Lead instructor for Groups #1A, 5A and 9A.  On-line course developer for the Regent DCP.

1/01 – 3/02: **Capella University**, Minneapolis, MN.  Core Faculty, Harold Able School of Psychology.  First, full-time, core faculty in industrial-organizational psychology.  Taught doctoral- and master-level courses.  Served on doctoral- and master-level dissertation/thesis and comprehensive examination committees.  Coauthored, rewrote, and updated *organizational psychology* on-line course. Primary designer of *Police Psychology* certificate program, including *police organizational culture* course.

1/01 – 5/01:  **Elizabethtown College**, Elizabethtown, PA.  Adjunct faculty, Communications Division.

2000 – 1/01: **Capella University**, Minneapolis, MN.  Adjunct Faculty, Harold Able School of Psychology.  Responsible for teaching doctoral- and master-level courses.  Served on doctoral and comprehensive committees. Advised doctoral and master-level learners.

1998 –1/01: **Eastern College**, St. Davids, PA.  Affiliate faculty.  Responsible for teaching MBA courses and undergraduate courses in the School of Professional Studies.  Designed, *Information and Business Process Systems*, as an on- ground and on-line course in the Management of Information Systems program and the Adult Intensive Track.  Primary instructor for DCP Group # 208.

8/99-5/00: **Millersville University**, Millersville, PA.  One-year, full-time, temporary faculty appointment, Communication and Theatre Department.  Responsible for teaching three undergraduate courses.

1996 - 1998: **University of Alabama--Tuscaloosa**.  Adjunct faculty.  Responsible for teaching criminal justice courses in the Advanced Police Academy.

1978 - 1980: **Northern Essex Community College**, Haverhill, MA.  Lecturer.  Taught four courses.  Subject areas included the analysis, the design, the management, and the implementation of police-security programs via a systems approach.  Received the highest faculty evaluation of both full-time and part-time faculty.

## PROFESSIONAL COMMUNITY EXPERIENCE:

2006-Present: **Mountain Shadows Homeowners' Association**, Palm Desert, CA. Elected to the Board of Directors (January 2012; Re-elected, February 2013; February 2014; Vice chairperson, November 2014, 2015).

2000 - 2005: **Civil Service Commission**, Millersville, PA.  Appointed January 2000 for a six-year term by the Millersville Borough Council.  Elected President, April 2000.

1989 - 1994: **Academy Estates Residents' Association, Inc.**, Albuquerque, NM. Elected President in 1989, 1990, 1991, and 1994 and Vice President, 1992 by members of the Association.

1988 - 1991: **Sunport Optimist Club**, Albuquerque, NM. Chairperson, Finance Committee,
1988 - 1989. Within six months, guided the Club from a negative to a positive cash flow. Also served as co-editor of the Club's weekly newsletter.

1979 - 1982: **Town of Braintree (MA) Finance Committee**. Member, General Government Sub-Committee. Responsible for the review and analysis of general town government budgets. Voted on all town budgets, including schools, police, fire, and highways. Served during pre- and post-Proposition 2 ½ (similar to California's Proposition 13).

1979 - 1982: **Town Meeting Member**, Braintree, MA. Elected position. Voted on all financial, administrative, and other matters that affected the Town of Braintree. Town Meeting members approved all budgets, etc.

## OTHER PROFESSIONAL:

**Teaching Credential:** State of California, CLEAR Career Technical Education Teaching Credential August 21, 2012 (#123191862).

**Training Advisor:** AMTRAK® Police Department (1996 - 2010). Instruct and consult on various police management and training issues (e.g., sexual harassment and instructor development).

El Paso County (CO) Sheriff's Department (former).

Routt County (CO) Sheriff's Department (1991 - 1994). Draft, review, and recommend policies, rules, regulations, plus conduct training (former).

Fairbanks (AK) Police Department (former).

Pulaski County (AR) Sheriff's Department (former).

**Member:** International Association of Chiefs of Police; Justice Research & Statistics Association; *Certified Litigation Specialist* Academic Committee, Americans for Effective Law Enforcement; Faculty, Americans for Effective Law Enforcement; Academy of Criminal Justice Sciences; Malignant Hyperthermia Association of the United States; American Correctional Association (professional member); International Police Association (professional member); Who's Who in the East; Beta Gamma; Wilson Honor Society; Phi Theta Kappa; Lambda Alpha Epsilon; United States Combat Judo Association; United States Judo Association; and, United States Judo Federation; Golden Key International Honour Society;

The Honor Society of Phi Kappa Phi (CSUSB); Epsilon Pi Tau, Gamma Nu chapter (CSUSB), President 2013-present; Palm Springs (CA) Writers Guild; Palms Springs Elks Lodge #1905.

**Consultant:**  Various federal, state, city, county, local, and international criminal justice agencies including, but not limited to: Singapore Prison Service; Oakland (CA)Police Department; Harris County (TX) Sheriff's Department; Chattanooga (TN) Police Department; Department of Energy Central Training Academy, Winnebago County Sheriff's Police (IL), Seattle (WA) Police Department, Oregon State Police, Tuscaloosa (AL) Police Department, Public Agency Training Council, plus corrections, security, and military agencies. Consulted with agencies in Canada, United Kingdom, and from Australia.  Former Advisory Board member to the Northern Essex Community College Criminal Justice Program.

**Academic Awards:**  Nominated for *Outstanding Graduate Student*, CSUSB (2013)

Dissertation nominated for academic award (1999).

M.B.A., *With Distinction*, Babson College. Second highest grade point average certificate, College of Liberal Arts, University of Baltimore; B. S. awarded, *Summa Cum Laude*; A. A. S. and Certificate in Corrections awarded, *Cum Laude*, Northern Virginia Community College.

Elected into Golden Key International Honor Society (California State University, San Bernardino); The Honor Society of Phi Kappa Phi (CSUSB);  Epsilon Pi Tau Honorary Society, Gamma Nu Field Chapter (CSUSB),  Beta Gamma (Babson College), Wilson (University of Baltimore), and Phi Theta Kappa (Northern Virginia Community College) National Honor Societies.

**Professional Awards:**  Faculty Excellence Award (2012), University of Phoenix, Las Vegas: School of Criminal Justice and Security; AELE Certified Litigation Specialist: police liability, correction liability; public employment liability, and campus law enforcement; Certificates of Appreciation: U. S. Secret Service; Fairbanks (AK)Police Department; University of Alabama; U. S. Coast Guard; Escambia County (FL) Sheriff's Department; MSG, U. S. Marine Corps; and others.

Letters of Commendation: Albuquerque (NM) Police Department; Bureau of Indian Affairs; Federal Bureau of Investigation; Washington State Criminal Justice Training Commission; California Highway Patrol; University of Alabama--Tuscaloosa; plus many others.

Honorary Citizen: Louisville, KY; Fairbanks, AK
Captain, Belle of Louisville; Kentucky Colonel

**Professional
Skills:**

Certified On-Line Instructor; Software programs: Word,
WordPerfect, Excel, PowerPoint, SPSS, BlackBoard, WebCT;
Hypnotist (clinical and investigative); WordPerfect; typing; Jiu-
Jitsu (holder of a third degree black belt); Judo (holder of a first
degree black belt); International Instructor-Trainer in several less-
than-lethal and non-lethal impact tools, defensive tactics, and
tactics.

**Presentations:**

American Society for Industrial Security (ASIS). 61st International Annual
Seminar and Conference—Anaheim, CA. (September 30, 2015). Excited
Delirium and Use-of-Force for the Security Officer.

IPICD Center for Excellence in Event Reconstruction, First Annual Law
Enforcement Camera-Based Systems Symposium—Las Vegas, NV. (June
9-11, 2015). Training and Testing for Camera Competency.

AELE, Management, Oversight, and Monitoring Use of Force—Las
Vegas, NV. (March 4-5, 2015). Post-Incident Electronic Control Weapon
Forensic Analysis.

AELE, The Biometric, Psychological and Legal Aspects of Lethal and
Less Lethal Force—Las Vegas, NV. (March 2-3, 2015). Historical
Overview and Profiles of Sudden In-Custody Deaths.

AELE, Jail and Prisoner Legal Issues Workshop: Security and Incident
Liability—Las Vegas, NV. (January 17, 2015). Physiological Aspects of
In-Custody Deaths and Injuries, Excited Delirium, Impact of Substance
Abuse.

9th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death
  Conference—Las Vegas, NV. (November 6, 2014). Suicide Watch
  Checks . . .

9th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death
  Conference—Las Vegas, NV. (November 4, 2014). Agonal
  Breathing.

AELE, Lethal and Less Lethal Force.—Las Vegas, NV. (October 14,
  2013). Agitated Chaotic Events™, Special Populations, Arrest-
  Related Deaths, and Sudden In-Custody Deaths.

IPICD, Legal, Medical & Scientific Constraints on Human Restraints Symposium—Las Vegas, NV (April 23, 2014). Brief History of Restraint.

IPICD, Legal, Medical & Scientific Constraints on Human Restraints Symposium—Las Vegas, NV (April 23, 2014). Agonal Breathing.

IPICD, Legal, Medical & Scientific Constraints on Human Restraints Symposium—Las Vegas, NV (April 23, 2014). Scientific Research, Sample Size, and Significance: A Primer.

AELE, Force Management—Las Vegas, NV. (March 4, 2014). Electronic Control Weapons: Forensic and Statistical Analyses.

AELE, Jail and Prisoner Legal Issues: Module I Operational & Administrative Legal Issues—Las Vegas, NV. (January 21, 2014).Excited Delirium, Sudden, and In-Custody Deaths.

8th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference—Las Vegas, NV. (November 20, 2013). Using the IPICD Arrest-related and Sudden In-custody Death Checklist.

AELE, Lethal and Less Lethal Force.—Las Vegas, NV. (October 8, 2013). Historical Overview and Profiles of Victims of Sudden In-custody Deaths.

AELE, Management, Oversight, and Monitoring of Use of Force.—Las Vegas, NV. (April 3, 2013). Electronic Control Weapons: Forensic and Statistical Analyses.

7th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference—Las Vegas, NV. (November 13, 2012). A Descriptive Study of the WRAP Restraint: Findings (with David Berman).

7th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference—Las Vegas, NV. (November 12, 2012). Scientific causation, sample size, and challenging theories.

AELE, Lethal and Less Lethal Force.—Las Vegas, NV. (October 16, 2012). Excited Delirium, Agitated Chaotic Events, Arrest-Related, and Sudden, In-custody Deaths.

AELE, Jail & Prisoner Legal Issues: Module Two, Excited Delirium, Sudden, and In-Custody Deaths (March 5, 2012). Physiological Aspects of In-Custody Deaths and Injuries, Excited Delirium, Sudden, and Impact of Substance Abuse.

CSAC -Excess Insurance Authority—Rancho Cordova, CA.
(February 8, 2012). Webinar: Excited Delirium, Arrest-Related Deaths.

6th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference—Las Vegas, NV. (November 15, 2011). The WRAP Restraint: A Retrospective Study.

AELE Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force Workshop—Las Vegas, NV (October 11, 2011). Sudden and In-Custody Deaths.

G2E Global Gaming Conference—Las Vegas, NV (October 5, 2011). "Suspect in Custody: Now What?" (with Tommy Burns).

Riverside (CA) Community Police Review Commission (June 15, 2011). Excited Delirium and Arrest-Related Deaths.

Wyoming Law Enforcement Academy, Wyoming Administrators' Conference (April 12, 2011). Observations from the Litigation Trenches.

AELE, Jail & Prisoner Legal Issues: Module Two, Excited Delirium, Sudden, and In-Custody Deaths (March 8, 2011). Excited Delirium, Sudden, and In-Custody Deaths.

American Jail Association, Legal Issues in Today's Jail—Las Vegas, NV (February 16, 2011). Excited Delirium, Arrest-Related, & In-Custody Deaths.

CSAC -Excess Insurance Authority—Rancho Cordova, CA.
(February 9, 2011). Webinar: Excited Delirium, Arrest-Related Deaths.

American Jail Association, Use of Force: Know the Law—Las Vegas, NV (February 8, 2011). Excited Delirium, In-Custody Deaths.

G2E Global Gaming Conference—Las Vegas, NV (November 15, 2010). "Security Management: Use-of-Force Issues and Litigation" (with Tommy Burns).

Whatcom County Emergency Medical Services Council, 29th Annual Conference on Prehospital Medicine—Bellingham, WA (October 23, 2010). Excited delirium for EMS providers: Causes, symptoms, Responses.

AELE Legal, Psychological and Biomechanical
      Aspects of Officer-Involved Lethal and Less Lethal
      Force Workshop—Las Vegas, NV (October 12, 2010). Sudden and
      In-Custody Deaths.

National Association for Civilian Oversight of Law
      Enforcement (NACOLE) International Conference—
      Seattle, WA (September 21, 2010). It's a Medical
      Emergency: Best Practices for Arrest-Related Deaths.

Las Vegas Metropolitan Police Department—Las Vegas,
      NV (April 26-27, 2010). Investigating Arrest-Related
      Deaths and Acute Psychotic Events.

American Jail Association—Las Vegas, NV (March 9,
      2010). Sudden, In-Custody Deaths.

AELE Legal, Psychological and Biomechanical Aspects of
      Officer-Involved Lethal and Less Lethal Force
      Workshop—Las Vegas, NV (March 9, 2010). Sudden and In-
      Custody Deaths.

Nevada Department of Wildlife—Boulder Beach, NV
      (February 23, 2010). Arrest-related, excited delirium, and sudden,
      in-custody deaths.

Lorman Education Services—Webinar (February 10, 2010). Recognizing
      and Responding to Excited Delirium.

CSAC -Excess Insurance Authority—Rancho Cordova, CA.
      (January 13, 2010). Webinar: Recognition, Prevention, and
      Management of Excited Delirium and Sudden, In-Custody Death.

AELE Jail and Prisoner Legal Issues—Las Vegas, NV (January 11, 2010).
      Sudden and In-Custody Deaths.

AELE Legal, Psychological and Biomechanical Aspects of Officer-
      Involved Lethal and Less Lethal Force Workshop—Las Vegas,
      NV (October 26-28, 2009).
      Sudden and In-Custody Deaths.

TASER® Use of Force, Risk Management, and Legal Strategies
      Conference—Fairfield, CA (June 22, 2009). Operationalizing
      Theory Into Practice: Sudden and In- Custody Deaths.

Canadian Centre for the Prevention of In-Custody Deaths, Inc.—
Niagara Falls, Canada (May 26, 2009). Putting it All
Together.

American Jail Association's 28th Annual Training Conference &
Jail Expo—Louisville, KY (April 26, 2009). Excited
Delirium—Preventing In-Custody Deaths.

IPICD Forensic Analyst Program—Las Vegas, NV. (April 17,
2009). Reconstruction of the sudden, in-custody death;
Investigation checklist; Report writing for sudden, in-
custody death events.

IPICD Forensic Analyst Program—Las Vegas, NV. (April 16,
2009). Causation v. Fallacies; Reviewing and interpreting
scientific studies.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Washington Criminal Justice Training
Commission, Burien, WA. (April 2, 2009).
Operationalizing Theory Into Practice: Sudden and In-
Custody Deaths.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Westminster Police Department,
Westminster, CO. (March 30, 2009). Operationalizing
Theory Into Practice: Sudden and In-Custody Deaths.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Los Angeles County Sheriff's Training
Center, Whittier, CA. (March 16, 2009). Operationalizing
Theory Into Practice: Sudden and In-Custody Deaths.

AELE Legal, Psychological and Biomechanical Aspects of
Officer-Involved Lethal and Less Lethal Force
Workshop—Las Vegas, NV (March 9-10, 2009). Sudden
and In-Custody Deaths.

CSAC-Excess Insurance Authority—Rancho Cordova, CA.
(January 21, 2009). Webinar: Recognition, Prevention, and
Management of Excited Delirium and Sudden, In-Custody Death.

Court Security Seminar, California Sheriff's Association
—Marina del Rey, CA. (November 20, 2008).
Excited Delirium User-Level Program.

IPICD 3rd Annual Conference: Excited Delirium & Sudden
Death—Las Vegas, NV. (October 31, 2008). Scientific Method,
Causation, and Fallacies.

Correctional Facilities Administrative Seminar, California Sheriff's
Association—Sacramento, CA. (October 22, 2008). Excited
Delirium.

AELE Lethal and Less Lethal Force Workshop—Las Vegas, NV (October
21, 2008). Sudden and In-Custody Deaths.

CSAC-Excess Insurance Authority—Rancho Cordova, CA.
(September 10, 2008). Webinar: Recognition, Prevention, and
Management of Excited Delirium and Sudden, In-Custody Death.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Salt Lake City, UT. (July 21, 2008).
Operationalizing Theory Into Practice: Sudden and In-
Custody Deaths.

PRIMA 29th Annual Conference—Anaheim, CA (June 2, 2008).
Excited Delirium and Sudden Death: Legal, Management, and
Risk Management Issues.

American Jail Association's 27th Annual Training Conference &
Jail Expo—Sacramento, CA (May 5, 2008). Jail Deaths:
Excited Delirium—Prevention In-Custody Deaths: Part I.

California Sheriff's Association Seconds in Command
Workshop—Mt. Shasta, CA (May 1, 2008). Excited Delirium.

AELE Lethal and Less Lethal Force Workshop—San Francisco, CA
(March 25, 2008). Sudden and In-Custody Deaths.

Arizona Homicide Investigator Conference—Tempe, AZ (March 17,
2008).Excited delirium, sudden in-custody death, behavioral
cues, and forensic investigation guidelines.

CA P.O.S.T. CIT Seminar/Curriculum Update—San Jose, CA.
(February 28, 2008). Excited delirium history and behavioral cues.

American Jail Association—Ft. Walton Beach, FL. (January 21, 2008).
Excited Delirium/Sudden In-Custody Deaths in the Correctional
Setting.

AELE Jail and Prisoner Legal Issues—Las Vegas, NV. (January 15, 2008). Excited Delirium and Sudden, In-Custody Deaths.

11th Annual Homicide Investigator Conference—Mesquite, NV (December 13, 2007). Excited Delirium, Sudden, In-Custody Death, Use of Force, and Forensic Investigation.

2nd Annual Sudden Death, Excited Delirium & In-Custody Death Conference—Las Vegas, NV (November 28, 2007). Scientific Method, Causation, Fallacies, and the FRCP 702 Gatekeeper Function.

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Honolulu, HI. (November 19, 2007). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths.

AELE Lethal and Less Lethal Force Workshop—Las Vegas, NV (November 12, 2007). Sudden and In-Custody Deaths.

California Sheriff's Association—San Jose, CA (October 24, 2007. Excited Delirium and Sudden In-custody Deaths.

WCRP Excited Delirium Workshop—Federal Way, WA (October 11, 2007).

WCRP Excited Delirium Workshop—Spokane, WA (October 10, 2007).

CVMIC Excited Delirium Conference—New Berlin, WI. (October 2, 2007). Excited Delirium Overview, Forensic Investigations, and Scientific Causation.

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Vancouver, B.C. (September 2007). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER®/FBINAA Use of Force, Risk Management, and Legal Strategies Conference—San Diego, CA (July 2007). Operationalizing Theory Into Practice: Sudden and In- Custody Deaths.

Montana Chiefs of Police Association Missoula, MT. (July 2007). Excited Delirium, Sudden, In-Custody Deaths, Suicide-by- Cop.

Cincinnati (OH) Police Department (May 2007): Keynote speaker: Sudden/In-Custody Deaths.

Contra Costa County Sheriff's Department Correctional Services (April 2007): Sudden Death, Excited Delirium Deaths.

Illinois State Police Internal Investigator Symposium Springfield, IL (April 2007): Investigating Sudden Death, Excited   Delirium Deaths

Utah Chiefs' of Police Association St. George, UT (March 2007): Sudden Death, Excited Delirium, Jail Suicide, and Suicide- by-Cop

AELE Lethal and Less Lethal Force—Las Vegas, NV (March 2007): History of Sudden Death: An Overview.

Las Vegas Metropolitan Police Department "Use-of-Force Media   Day, Las Vegas, NV (February 2007): Sudden Death, Excited Delirium, and TASER ECDs
Boulder City Kiwanis Club, Boulder City, NV (February 2007): Sudden Deaths and TASER ECDs

Southern California Jail Manager's Conference, Santa Paula, CA (January 2007): Excited Delirium

Montana Association of Cities and Counties, Billings, MT   (January 2007): Excited Delirium; Jail Suicide; Suicide by Cop.

AELE Jail and Prisoner Legal Issues—Las Vegas, NV (January 2007): Psychological Considerations: Excited Delirium and Jail Suicide

P.A.T.C., Western Training Conference, Las Vegas (November 2006): Excited Delirium, In-Custody Death; Investigations

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Oakland, CA (November 2006). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Colorado Springs, CO (August 2006). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Portland, OR (July 2006). Operationalizing Theory Into Practice: Sudden and In- Custody Deaths.

PRIMA Conference—Las Vegas (June 2006): Sexual Harassment and Research Findings

FBI National Academy Graduates—Utah (May 2006): Excited Delirium, In-Custody Death; Jail Suicide; Suicide by Cop

TASER® Annual Conference—Las Vegas, NV (May 2006): Excited Delirium, Sudden Death

TASER® Master Instructor Program—Las Vegas, NV (May 2006). Excited Delirium, Sudden Death

Harrah's Entertainment, Inc.—Las Vegas, NV (April 2006): Ethics.

AELE Lethal and Less-Lethal Force—Las Vegas, NV (February 2006): Excited Delirium and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Scottsdale, AZ (January, 2006). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Scottsdale, AZ (December, 2005). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths.

Michigan Sheriff's Conference (October, 2005): Excited Delirium

Intercourse (PA) Merchants Association (February, 2004): Village History

PRIMA Conference—Reno (May 2003): Sexual Harassment and Employment Issues

Academy of Criminal Justice Sciences, Boston, MA (Feb., 2003)

Civil Air Patrol, Leola (PA) Elementary School (November, 2002)

PRIMA Conference—San Antonio (May 2002): Sexual Harassment

Wisconsin Sheriff's Conference (January 2001): Sudden Death

Walden University (December 1998): Use of Force

Pennsylvania Sheriff's Conference (July 1998)

Walden University (March 1997): Police Use of Force

Walden University (July 1997): Sexual Harassment

Milwaukee (WI) County Chief's Association (1995): Pepper Spray

Texas Narcotics Officers Association Conference (1988, 1989): Safe Prisoner Searching Methods

Waltham (MA) Police Academy (March 1982)

Boston University (October 1979)

Waltham Police Department (October 1979)

PR-24 International Instructor Conferences (1979, 1980, 1981)

Boston University (February 1979)

Westwood (MA) Police Department (February 1979): Defensive Tactics

**Panelist:**

"Electroshock Weapons Test and measurement Workshop." National Institute of Standards and Technology, Gaithersburg, MD, January 21, 2011.

"It's a Medical Emergency: Best Practices for Arrest-Related Deaths." National Association for Civilian Oversight of Law Enforcement International Conference, Seattle, WA, September 21, 2010.

"Vascular neck restraint and TASER." KXNT Radio, Las Vegas, NV, December 2, 2009.

"Sudden and In-Custody Deaths." KDWN Radio, Las Vegas, NV, October 9, 2009.

"Excited Delirium." CVMIC Excited Delirium Conference, New Berlin, WI, October 2, 2007.

"Sexual Harassment Research Findings in Local Government." PRIMA's 26th Annual Conference, Las Vegas, NV, June 12, 2006.

"Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force." Americans for Effective Law Enforcement, Las Vegas, NV, February 2006.

"Interactive Mock Trial" (municipal government employment practices). PRIMA's 24th Annual Conference, Reno, NV, May 22, 2003.

"Officer-Assisted Suicide: Liability, Training, and Municipal Concerns." Milwaukee, WI: Lorman Educational Services, December 5, 2002.

"Interactive Mock Trial" (employment practices). PRIMA's 23rd Annual Conference, San Antonio, TX, May 16, 2002.

"Sexual Harassment: Research Findings In The Law Enforcement Workplace", Milwaukee, WI. Lorman Educational Services, December 4, 2001.

"Police Liability in Wisconsin", Milwaukee, WI. Lorman Educational Services, December 14, 2000.

"To Protect and Serve." KNME Channel 5, Albuquerque, NM: July 10, 1991. Invited panelist: police "use-of-force"program.

## PUBLICATIONS:

### Texts:

1. *Official Kubotan® Techniques* (with Takayuki Kubota). (1981). Ventura, CA: Reliapon Police Products, Inc.

2. *Realistic Defensive Tactics.* (1981). Ventura, CA: Reliapon Police Products, Inc.

3. *Official Kubotan Techniques--Civilian* (with Takayuki Kubota). (1982). Braintree, MA: Defensive Tactics Institute, Inc.

4. *Defensive Tactics With Flashlights.* (1983). Ventura, CA: Reliapon Police Products, Inc.

5. *Afraid of the Dark? Lite Your Way To Safety* (with Laurie A. Peters). (1984). Ventura, CA: Reliapon Police Products, Inc.

6. *Tactical Handcuffing for Chain- and Hinged-Style Handcuffs.* (1989). Ventura, CA: Reliapon Police Products, Inc.

7. *Prevention and Management of In-Custody Deaths* (with A. David Berman). (1997).Millersville, PA: Defensive Tactics Institute, Inc.