## ARTICLES, NEWSLETTER, and HANDBOOKS

1.   *BLURB.* Lancaster: Lancaster (PA) Judo Club, January 1976.

2.   "Search: the Elevated Lying Position." *The Sentinel*, Spring 1976, pp. 44-45.

3.   "Massachusetts Prison Furlough System. A Failure?" (with George Sacco) *The Advocate*, Spring 1976, pp. 2-9.

4.   *BLURB.* Lancaster: Lancaster (PA) Judo Club, February-March, 1976.

5.   "Massachusetts Prison Furlough System. A Failure?" (with George Sacco) *The Sentinel*, Summer 1976, pp. 61-64.

6.   Warren Hall Handbook.  Boston: Boston University Press, 1976.

7.   *BLURB.* Lancaster: Lancaster (PA) Judo Club, April-May, 1976.

8.   "Massachusetts Police Association's Position on Firearms." (with George Sacco) *The Sentinel*, Fall 1976, pp. 41-44.

9.   "Management vs Media." *The Sentinel*, Fall 1976, pp. 63-64.

10.  "Escape From A Full Nelson." *The Sentinel*, Fall 1976, pp. 63-64.

11.  *BLURB.* Lancaster: Lancaster (PA) Judo Club, September-October, 1976.

12.  *Massachusetts Police Association's 1976 Convention Report* (with Bill Brooks, et al.) Peabody: Massachusetts Police Association, 1976.

13.  "Dealing With Recidivism." *The Sentinel*, Winter 1976, pp. 57-62.

14.  "This Way Please." *The Sentinel*, Winter 1976, pp. 49-50.

15.  "Breaking A Front Choke Hold." *The Sentinel*, Winter 1976, pp. 48-49.

16.  *BLURB.* Lancaster: Lancaster (PA) Judo Club, November-December, 1976.

17.  "Pinned On Your Back: Now What?" *The Sentinel*, Spring 1977, pp. 55-56.

18.  "Bartley-Fox: Is It Working?"  (Part I with W. Brooks) ***The Sentinel***, Spring 1977, pp. 51-54.

19.  *A Descriptive Study To Determine The Salutation Preference of Massachusetts' Drivers.* Wellesley: Babson College Press, 1977.

20.     "Self-Defense Tips For Women." *The Sentinel*, Summer 1977, pp. 51-53.

21.     "Bartley-Fox: Is It Working?" (Part II with W. Brooks) *The Sentinel*, Summer, 1977, pp. 47-50.

22.     "First Names: Should They Be Used During Traffic Stops?" (with R. Goulet) *The Sentinel*, Summer 1977, pp. 15-20.

23.     "You Want Me Out, Take Me Out." *The Sentinel*, Fall 1977, pp. 33-34.

24.     *Northern Essex Hospital.* Haverhill: Northern Essex Community College, 1977.

25.     "Escape From A Crushing Bearhug." *The Sentinel*, Winter 1977, p. 27.

26.     "Shoplifting: Its Impact On You." (with D. Slifka). *The Sentinel*, Winter 1977, pp. 31-32.

27.     "The PR-24: An Answer To The Grey Area." *The Sentinel*, Spring 1978, pp. 19-21.

28.     *Hypnosis: An Evaluation of its Impact on Learning In A Police Recruit Class.* Boston: Massachusetts Criminal Justice Training Council, 1978.

29.     *The Connection.* Braintree: PR-24 International Institute, Inc., August-September 1979.

30.     "Defensive and Offensive Blocking: How A New Type of Baton Can Work For You." Law Enforcement Communications, August 1979, pp. 47-51.

31.     "Police Field Studies: A Review of Evaluation Research." ( with Michael Cahn, and Edward Kaplan). *How Well Does It Work? Review of Criminal Justice Evaluation, 1978.* Washington National Institute of Law Enforcement and Criminal Justice, 1979, pp. 205-236.

32.     *The Connection.* Braintree: PR-24 International Institute, Inc., October-November, 1979.

33.     *The Connection.* Braintree: PR-24 International Institute, Inc., December-January, 1980.

34.     *The Connection.* Braintree: PR-24 International Institute, Inc., February-March, 1980.

35.     *The Connection.* Braintree: PR-24 International Institute, Inc., April-May, 1980.

36.   *The Connection.* Braintree: PR-24 International Institute, Inc., June-July, 1980.

37.   *The Connection.* Braintree: PR-24 International Institute, Inc., August-September, 1980.

38.   *The Connection.* Braintree: PR-24 International Institute, Inc., October-November, 1980.

39.   *The Connection.* Braintree: PR-24 International Institute, Inc., December-January, 1981.

40.   "Kubotan: New Police Impact Tool." *The Sentinel*, Winter 1981, pp. 23-26.

41.   *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 1, 1984.

42.   *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 2, 1984.

43.   *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 3, 1984.

44.   *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 4, 1984.

45.   *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 85 No 1, 1985.

46.   *Instructor Handbook: Use of Force.* Albuquerque: Reliapon Police Products, Inc., 1985.

47.   "Tactical Handcuffing Part I." *Police and Security News*, January-February 1988, pp. 6-23.

48.   "Tactical Handcuffing Part II." *Police and Security News*, March-April 1988, pp. 2-19.

49.   "Mini-Flashlights: More Than An Illumination Device." *Police and Security News*, July-August 1988, pp. 3-14.

50.   *Tactical Handcuffing: Instructor Handbook.* Albuquerque: Reliapon Police Products, Inc., 1988.

51.   *Tactical Handcuffing: Test Administrator Manual.* Albuquerque: Reliapon Police Products, Inc., 1988.

52.    "Officer Survival Tip When Using the Beretta 92-F and the H & K 9mm Auto Pistols." *Police and Security News*, September-October 1988, pp. 3-14.

53.    "The Truth About Electronic Restraints." *Police and Security News*, November-December 1988, pp. 3-14.

54.    "The Expandable Baton: Your Less-Than-Lethal Sidekick." *Police and Security News*, January-February, 1989, pp. 5-16.

55.    "Use of Force: Making the Intangible, Tangible." *Police and Security News*, March-April 1989, pp. 5-23.

56.    *Electronic Restraint Lesson Guide*. Albuquerque: Reliapon Police Products, Inc., 1989.

57.    *Electronic Restraint Test Administrator Manual*. Albuquerque: Reliapon Police Products, Inc., 1989.

58.    "Reduce Your Training Liability with Performance- and Situational-Based Testing. "*Police and Security News*, May-June 1989, pp. 5 - 25.

59.    "Eight Areas of Potential Negligence For Criminal Justice Trainers, Supervisors, and Administrators." *Police and Security News*, July-August 1989, pp. 7 - 30.

60.    "Restraining Prisoners: An Historical View." *Police and Security News*, September-October 1989, pp. 6-9.

61.    *Firearm Disarming Instructor Guide*. Albuquerque: Reliapon Police Products, Inc., 1989.

62.    *Firearm Disarming Test Administrator Manual*. Albuquerque: Reliapon Police Products, Inc., 1989.

63.    *Tactical Flashlight™ Instructor Guide*. Albuquerque: Reliapon Police Products, Inc., 1989.

64.    *Tactical Flashlight Test Administrator Manual*. Albuquerque: Reliapon Police Products, Inc., 1989.

65.    "Corrective Discipline for the 1990s." *Police and Security News*, March-April 1990, pp. 14-31.

66.    "Mini-Flashlights Revisited." *Police and Security News*, July-August 1990, pp. 5-27.

67.    "Kubotai: New Restraint Tool." *Police and Security News*, July-August 1990, p. 40.

68.    "New Restraints For The 1990s." *Police and Security News*, September-October 1990, pp. 12-35.

69.    "Your Whistle: An Important, But Often Overlooked Officer Survival Tool." *Police and Security News*, November-December 1990, pp. 3-27.

70.    *DTI Training Review*. Albuquerque: Defensive Tactics Institute, Inc., Volume 91 No. 1, 1991.

71.    "The Expandable Baton: More Than A Defensive Striking Tool." *Police and Security News*, January-February 1991, pp. 5-39.

72.    Tactical Handcuffing Review: Standing Face To Face  No. 1  Poster. Albuquerque:  Reliapon Police Products, Inc., January 1991.

73.    Tactical Glove Review. Poster.  Vermont: Dakota Corp., March 1991.

74.    "Flashlights: The Ersatz Baton: Part I." *Police and Security News*, March-April 1991,  pp.  10 - 25.

75.    "Rechargeable Flashlights: The Most Cost-Effective Tools You Can Use On The Job." *Police and Security News*, May-June 1991, pp. 10-33.

76.    *DTI Training Review*.  Albuquerque: Defensive Tactics Institute, Inc., Volume 91 No. 2, 1991.

77.    "Tactical Gloves: A Must For The Street-Wise Officer." *Police and Security News*, September-October 1991, pp. 18-31.

78.    *Chemical Aerosol Spray Instructor Guide*.  Albuquerque: Reliapon Police Products, Inc., 1991.

79.    "Heroes Behind The Badge: National Law Enforcement Officers Memorial." *Police and Security News*, November-December 1991, pp. 43-45.

80.    *Chemical Aerosol Spray Workbook*. Albuquerque: Defensive Tactics Institute, Inc., 1991.

81.    *Defensive Tactics Instructor Workbook*.  Albuquerque: Defensive Tactics Institute, Inc., 1991.

82.    "Selected Medical Implications of Handcuffing." *Police and Security News*, January-February 1992, pp. 24-27.

83.    *Tactical Flashlight Instructor™ Workbook.* Albuquerque: Defensive Tactics
        Institute, Inc., 1992.

84.    *Kubotan® Instructor Workbook.* Albuquerque: Defensive Tactics Institute,
        Inc., 1992.

85.    *Side-Handle Baton Instructor Workbook* (with Steven Shockley).
        Albuquerque: Defensive Tactics Institute, Inc., 1992.

86.    "Americans With Disabilities Act: Its Affect On Criminal Justice and Security
        Agencies." (with Michael Brave, J.D.) *Police and Security News*, May-June
        1992, pp. 3-63.

87.    *DTI Training Review.* Albuquerque: Defensive Tactics Institute, Inc., Volume
        92 No. 1, 1992.

88.    "OSHA's Occupational Exposure to Bloodborne Pathogens Standard: How it
        Can Cave Your Life! Part 1 of 2." (with Michael Brave, J.D.) *Police and
        Security News*, July-August 1992, pp. 28-41.

89.    "Americans With disabilities Act: An End to Disability discrimination by Law
        Enforcement." (with Michael Brave, J.D.) *CVMC Risk Management Case Study
        VII*, July 1992.

90.    "Why OC? (Oleoresin Capsicum)." (with Michael Brave, J.D.) *CVMC Risk
        Management Study V*, July, 1992.

91.    "Managing The Use of force Through Policies and Procedures." (with Michael
        Brave, J.D.) *Legal Defense Manual*, Brief 92-3, pp. 12-19.

92.    "New Technology--Oleoresin Capsicum Spray; Policy and Procedure." (with
        Michael Brave, J.D.). *Legal Defense Manual*, Brief 9203, pp. 12-19.

93.    "Electronic Restraint Devices--Policy and Procedures." (with Michael Brave,
        J.D.). *Legal Defense Manual*, Brief 9203, pp. 19-23.

94.    "OSHA's Occupational Exposure to Bloodborne Pathogens Standard: How It
        Can Save Your Life--Part II." (with Michael Brave, J.D.). *Police and Security
        News*, September-October 1992, 20-56.

95.    *Edged Weapons Instructor Workbook* (with Steven Shockley).
        Albuquerque: Defensive Tactics Institute, Inc., 1992.

96.    *Crowd Control Instructor Workbook* (with Steven Shockley). Albuquerque:
        Defensive Tactics Institute, inc., 1992.

97.   *DTI Training Review.* Albuquerque: Defensive Tactics Institute, Inc., Volume 92 No 2, 1992.

98.   "Stop Exposing Yourself." *Hatch Gloves Newsletter.* Ventura: Hatch Gloves, Volume 92  No 4, 1992.

99.   *Electronic Restraints.* Sample Policy (with Michael Brave).  Albuquerque: Reliapon Police Products, Inc., 1992.

100.  *Aerosol Sprays.* Sample Policy (with Michael Brave).  Albuquerque: Reliapon Police Products, Inc., 1992.

101.  "OSHA's Occupational Exposure to Bloodborne pathogens Standard: How it Can  Save Your Life! (with Michael a. Brave), *CVMC Risk Management Case Study IX*, December, 1992.

102.  "New Information On Aids That Can Save Your Life!" (with Michael A. Brave) *Police and Security News*, January-February 1993, pp. 13-39.

103.  "Legal Constraints On Human Restraints." *The Police Chief,*  March 1993, pp. 28-35.

104.  "What's Your Use Of Deadly Force Standard?" (with Michael A. Brave) *Police and  Security News*, May-June 1993, pp. 9-51.

105.  "The Problem With Off-Duty Employment." (with Michael A. Brave) *Legal Defense  Manual*, Brief 93-2, pp. 3-8.

106.  "Secondary Employment: Sample Policy and Procedure."  (with Michael A. Brave) *Legal Defense Manual*, Brief 93-2, pp. 8-12.

107.  "General Use-of-Force Considerations: Sample Policy and Procedure." (with Michael A. Brave) *Legal Defense Manual*, Brief 93-2, pp. 25-29.

108.  "Deadly Force: More Than Just Firearms." (with Michael A. Brave) *Police and Security News*, September-October 1993, pp. 16-28.

109.  "OC Aerosol Spray Update." (with Michael A. Brave) *Police and Security News*, January-February 1994, pp. 13-28.

110.  "Flashlights and Police Liability." (with Michael A. Brave) *The Police Chief,* May 1994, pp. 46-49.

111.  "New Study Says OC Sprays Safe." (with Michael A. Brave) *Police and Security News*, May-June 1994, pp. 55-58.

112. "Written Policy: Foundation for Officer Accountability." (with Michael A. Brave) *Legal Defense Manual*, Brief 94-2, pp. 3-8.

113. "Street-Proven, Life-Saving Equipment." *The European Government Journal*, Volume 2 No. 4 [1994], pp. 107-111.

114. "OC Training: Are Facial Sprays Necessary?" *Police and Security News*, September-October 1996, pp. 57-61.

115. *Prevention and Remediation of Sexual Harassment in the Workplace.* Millersville, PA: Defensive Tactics Institute, Inc., 1996.

116. "Prevention and Remediation of Sexual Harassment In The Criminal Justice Workplace—Part I." *Police and Security News*, January - February, 1997, pp. 15 - 50.

117. "Prevention and Remediation of Sexual Harassment In The Criminal Justice Workplace—Part II." *Police and Security News*, March - April, 1997, pp. 3 - 7.

118. "Hogtying: Take It Off Your Restraint Menu." *Police and Security News*, May - June 1998, pp. 52 - 57.

119. "Hogtying: Take It Off Your Restraint Menu." *CVMC Risk Management Case Study #83*, July 1998.

120. "Sexual Harassment: What Can Your Agency Do To Minimize Liability?" (with G. Gunta). (1998, November) *The Police Chief*, p. 10.

121. *The Patterns, Practices, and Managerial Impact of Sexual Harassment in a Southern Sheriff's Department with a Comparative Analysis to the United States Merit Systems Protection Board Findings.* (1999). Ann Arbor, MI: UMI, Inc.

122. "Sexual Misconduct: The No Win Lawsuit." (with G. Gunta). (2001, July). *CVMIC Update*, Vol. 11 No.3, pp. 2-3.

123. "National Law Enforcement Officers Memorial: 10[th] Anniversary." *Police and Security News*, November-December 2001, p. 78.

124. "Sexual Harassment: Research Findings in the Law Enforcement Workplace." (2001). *Police Liability in Wisconsin*. Eau Claire: Lorman Education Services, pp. 129-148.

125. "Great Cause, Great Night." *American Police Beat*, December 2000, p. 38.

126.   "Officer-Assisted Suicide: Liability, Training, and Municipal Liability." (2002). *Police Liability in Wisconsin*. Eau Claire: Lorman Education Services, pp. 143-169.

127.   Hooking Up Behaviors of Undergraduate Students at a Public University [with Dr. Jill Henke]. Millersville University and Hichumanities.org .

128.   "Suicide-by-Cop: Liability, Training, and Municipal Concerns. *Police and Security News*, January-February, 2003.

129.   "1754-2004 Hall of Fame: Village of Intercourse, PA." (2004).  *Amish Country News*, Volume 15, Issue 2, 17-19.

130.   *Identification, Prevention, Management, and Investigation of Sudden and In-Custody Deaths*, Instructor Workbook v.1.0. (2005, July). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc..

131.   *Identification, Prevention, Management, and Investigation of Sudden and In-Custody Deaths*, Instructor Workbook v.2.0. (2005, October). Henderson, NV: Institute for the Prevention of In-Custody Deaths.

132.   "Operationalizing Theory Into Practice: Sudden and In-Custody Deaths." (2005, December). *TASER® Use of Force, Risk Management and Legal Strategies for Chiefs, Sheriff's Risk Managers, and Legal Advisors*. Scottsdale, AZ: TASER® International, Inc.

133.   "Force Continuums: Three Questions." (2006, January). *The Police Chief*, 8-9.

134.   "Force Continuums: Are They Still Needed?" (2006, January). *Police and Security News*.

135.   "Operationalizing Theory Into Practice: Sudden and In-Custody Deaths."  (2006, January). *TASER® Use of Force, Risk Management and Legal Strategies for Chiefs, Sheriff's Risk Managers, and Legal Advisors*. Scottsdale, AZ: TASER® International, Inc.

136.   "Sudden and In-Custody Deaths." (2006, Feburary). *AELE legal, psychological and biomechanical aspects of officer-involved lethal and less lethal force workshop workbook*. Park Ridge, IL. Americans for Effective Law Enforcement.

137.   "Sudden death, 'excited' delirium, and issues of force: Part I." (2006, March-April). *Police & Security News*, 104-107.

138.   "Sudden death, 'excited delirium, and issues of force: Part II--TASER® and EMDs." (2006, May-June). *Police & Security News*.

139.   "Sudden death, 'excited delirium,' and issues of force: Part III: Behavioral Cues and Response Plan for Sudden and In-Custody Deaths." (2006, July-August). *Police & Security News*, 44-49.

140.   "Highlights From the 2006 TASER Conference." (2006, July-August).  *Police & Security News*, 56-59.

141.   "Sudden Death, 'Excited Delirium,' and Issues of Force: Part IV: A Blueprint for Forensic Investigators." (2006, September-October). *Police & Security News*.

142.   "Management Issues in law Enforcement Litigation." (2006, October). *AELE Police Civil Liability*. Park Ridge, IL: Americans for Effective Law Enforcement.

143.   "In-Custody Death and Injuries."  (2006, October). *AELE Police Civil Liability*. Park Ridge, IL: Americans for Effective Law Enforcement.

144.   "The Aftermath of an Event."  (2006, October). *AELE Police Civil Liability*. Park Ridge, IL: Americans for Effective Law Enforcement.

145.   "Sudden Death, 'Excited Delirium,' and Issues of Force: Part V: Preventing Jail Suicide."  (2006, November-December). *Police & Security News*.

146.   "Psychological Considerations." (January, 2007). *AELE Jail and Prisoner Legal Issues*. Park Ridge, IL: Americans for Effective Law Enforcement.

147.   "Sudden and In-Custody Deaths." (February, 2007). *AELE Lethal and Less Lethal Force Workshop*. Park Ridge, IL: Americans for Effective Law Enforcement.

148.   "Sudden and In-Custody Deaths." (March, 2007).*AELE Less Lethal and Less Lethal Force CD*. Park Ridge, IL: Americans for Effective Law Enforcement.

149.   "Sudden Death, 'Excited' Delirium, and Issues of Force: Jail Suicide."(April/May 2007). *Correction Managers' Report*.

150.   "Prescription Drugs, Sudden Death, and Risk Management" (June/July 2007). *Correction Managers' Report*, Vol. XIII, No.1. Kingston, NJ: Civic Research Institute, Inc.

151.   "Excited Delirium: What Every Chief Needs To Know." (2007, September-October). *Police & Security News*.

152.   "*Chattanooga Police Department: Investigative Audit of Use of Force, Agency Oversight, and Training in 'In-Custody Deaths: Final Report.' *" (with Lou Reiter & Steve Rothlein). (November 2007). Indianapolis, IN: Legal & Liability Risk Management Institute.

153.     *Recognition, Prevention, Management of Excited Delirium and Sudden and In-Custody Deaths*, Instructor Workbook v.3.0. (2008, February). Henderson, NV: Institute for the Prevention of In-Custody Deaths.

154.     "Excited Delirium, Sudden and In-Custody Deaths." (March, 2008). *AELE Less Lethal and Less Lethal Force CD*. Park Ridge, IL: Americans for Effective Law Enforcement.

155.     "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (July 21, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

156.     *Recognition, Prevention, Management of Excited Delirium and Sudden and In-Custody Deaths*, Instructor Workbook v.4.0. (2008, September). Henderson, NV: Institute for the Prevention of In-Custody Deaths.

157.     "Excited Delirium, Sudden and In-Custody Deaths." (October, 2008). *AELE Less Lethal and Less Lethal Force CD*. Park Ridge, IL: Americans for Effective Law Enforcement.

158.     "Excited Delirium, Sudden and In-Custody Deaths." (January, 2009). *AELE Jail and Legal Issues*. Park Ridge, IL: Americans for Effective Law Enforcement.

159.     "Excited Delirium, Sudden and In-Custody Deaths." (March 2009). *AELE Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force*. Park Ridge, IL: Americans for Effective Law Enforcement.

160.     "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (March, 16, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

161.     Science, Logic, and the Law. In *Conducted Electrical Weapons: Physiology, Pathology, and the Law* (March 2009). New York: Springer Publishing Company.

162.     "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (March, 30, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

163.     "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (April 2, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

164. "Training, Policy, Product Warnings, and Science: Are They at Odds?" (April-May, 2009). *Correction Managers' Report*. Kingston, NJ: Civic Research Institute, Inc., 85-89.

165. *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths* [Editor]. (April 15-17, 2009). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

166. "Causation v. Fallacies; Reviewing and interpreting scientific studies." (April 16, 2009). *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths.* Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

167. "Reconstruction of the sudden, in-custody death; Investigation checklist; Report writing for sudden, in-custody death events." (April 17, 2009). *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths.* Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

168. "Putting it All Together." (May 26, 2009). *Are You Prepared? Excited Delirium.* Guelph, Ontario, Canada: Canadian Centre for the Prevention of In-Custody Deaths, Inc.

169. *Recognition and Investigation of Excited Delirium and Sudden In-Custody Death Workbook: Harris County Sheriff's Office.* (September 9-10, 2009). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

170. "The New TASER X3™: Back to the Future." (September-October, 2009). *Police & Security News*, 52-57.

171. "Excited Delirium, Sudden and In-Custody Deaths." (October 2009). *AELE Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force*. Park Ridge, IL: Americans for Effective Law Enforcement.

172. *Use-of-Force by the Numbers™: 4,8,14*. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

173. "The TASER® XREP™: Longer range, less-lethal incapacitation." (November-December, 2009). *Police & Security News.*

174. "Excited Delirium, Sudden and In-Custody Deaths." (January, 2010). *AELE Jail and Legal Issues*. Park Ridge, IL: Americans for Effective Law Enforcement.

175. "The TASER® AXON™: True Video Mobility and Much More. (2010, January-February). *Police and Security News, 26,* 1, 53-56.

176. "Excited Delirium, Sudden and In-Custody Deaths." (March 2010). *AELE Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force.* Park Ridge, IL: Americans for Effective Law Enforcement.

177. *Use-of-Force by the Numbers™: 4,8,14.* (with Eric Daigle, Esq., Edward Flose, & James Marker). Version 2.0, March 2010. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

178. "The new TASER® X3™--Back to the future. (2010). *Salt Lake Law Enforcement Journal, 2010, 1,* 15-19.

179. "TASER's evidence.com™: Evidence management & analytics. (2010, March-April). *Police and Security News, 26,* 2, 89-90.

180. "TASER® training bulletin 15.0: Training, policy, and legal concerns. (2010, May-June). *Police and Security News, 26,* 3.

181. "Arrest-Related, Excited Delirium, Sudden and In-Custody Deaths." (October 2010). *AELE Legal, Psychological and Biomechanical Aspects of Officer -Involved Lethal and Less Lethal Force.* Park Ridge, IL: Americans for Effective Law Enforcement.

182. "Legal Training and Concerns for Conducted Energy Weapons." (with Eric Daigle, Esq.). (2010, November). *The Police Chief,* 12.

183. *ECD forensic analysis™.* 1.0 (with Michael Leonesio). (2010, December). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

184. "Excited Delirium, Sudden, In-Custody Deaths." *AELE Jail and Prisoner Legal Issues: Module II, Security & Incident Liability.* Park Ridge, IL: Americans for Effective Law Enforcement.

185. *ECD forensic analysis™.* 2.0 (with Michael Leonesio). (2011, June). Henderson, NV.: Institute for the Prevention of In-Custody Deaths, Inc.

186. "The WRAP Restraint." (2011, November). In *6th Annual sudden death, excited delirium, & in-custody death conference* [with A. David Berman, M.S.] (pp. 90-93). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

187. "Tactical Handcuffing: Basics." (2011, December). In *Legal issues: Arrest, detention, and handcuffing in nightclub/bar environments.* Henderson, NV: Tommy J. Burns & Associates.

188. "Recognizing and Responding to a Diabetic Emergency." (2012, May-June). *Police and Security News, 28,* 3, 51-56.

189. "Eyewitness Testimony: Not Reliable." (2012, June). *University of Phoenix Las Vegas Campus June Faculty Newsletter, 3*, 9, p. 2.

190. "TASER® X26™ ECD Safety Theory Disputed." (2012, July). *University of Phoenix Las Vegas Campus July Faculty Newsletter*, p. 2.

191. *Clinical Significance™.* (2012, July). Institute for the Prevention of In-Custody Deaths, Inc.

192. "Excited Delirium: Fallacy or Reality?." (2012, August). *University of Phoenix Las Vegas Campus August Faculty Newsletter*, p. 2.

193. "The Phenomenological Role of Incident Reports." (2012, September). *University of Phoenix Las Vegas Campus September Faculty Newsletter*, p. 2.

194. "Training to Avoid Handgun-ECD Weapon Confusion." (2012, September-October). *Police and Security News, (28)* 5, 58-61.

195. *Excited delirium & agitated chaotic events™ instructor: Recognizing, responding, preventing, and investigating arrest-related and sudden, in-custody deaths--* Version 5.0, international. (2012). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

196. *Excited delirium & agitated chaotic events™ instructor: Recognizing, responding, preventing, and investigating arrest-related and sudden, in-custody deaths--* Version 5.1, domestic. (2012). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

197. "Excited Delirium, Agitated Chaotic Events™, Arrest-Related, and Sudden, In-custody Deaths." (2012, October). In AELE Law Enforcement Legal Center, *Lethal and less-lethal force* (pp. 1-25). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

198. "Scientific Causation, Sample Size, and Challenging Theories." In Institute for the Prevention of In-Custody Deaths, Inc. *7th Annual Sudden Death, Excited Delirium, & In-Custody Death Conference* (pp. 59-68). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

199. "Historical Overview and Profiles of Victims of Sudden, In-Custody Deaths, Excited Delirium." *DLG Use of Force Summit*. Southington, CT: Daigle Law Group.

200. *Clinical Significance™.* (2012, December). Institute for the Prevention of In-Custody Deaths, Inc.

201. "Electronic Control Weapons: Forensic and Statistical Analyses." (2013, March). In AELE Law Enforcement Legal Center, *Management, Oversight and Monitoring Use of Force* (pp. 6-1 – 6-16). Park Ridge, IL: Americans for Effective Law Enforcement.

202. *Developing defendable psychomotor learning domain assessments* (Version 1). (2013). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

203. *Clinical Significance™.* (2013, March). Institute for the Prevention of In-Custody Deaths, Inc.

204. "A Prescription for Academic Anemia: Conation." (2013, April). *University of Phoenix Las Vegas Campus April Faculty Newsletter,* p. 7.

205. "Transfer of Learning in Criminal Justice: More than Knowledge and Skill." (2013, May). *University of Phoenix Las Vegas Campus May Faculty Newsletter,* p. 7.

206. "Criminal Justice Students: Are they Technologically Literate? (2013, June). *University of Phoenix Las Vegas Campus May Faculty Newsletter,* pp. 6-7.

207. *The WRAP Restraint System: A Descriptive, Field-Setting Study.* (2013, September). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

208. *Arrest-Related and In-Custody Death Investigative Specialist™ Workbook* (Version 1309). (2013). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

209. "Excited Delirium, Agitated Chaotic Events™, Arrest-Related, and Sudden, In-custody Deaths." (2013, October). In AELE Law Enforcement Legal Center, *Lethal and less-lethal force* (pp. 32-1--32-23). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

210. "Using the IPICD Arrest-related Death and Sudden In-custody Death Checklist." (2013, November). In *8th Annual excited delirium, arrest-related and sudden in-custody death conference* (pp. 130-137). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

211. "Excited Delirium, Sudden, and In-Custody Deaths." (2014, January). In *Jail and prisoner legal issues: Module I operational & administrative legal issues*. (pp. 53-1 – 53-17). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

212. "Electronic Control Weapons: Forensic and Statistical Analyses." (2014, March). In *Management, Oversight and Monitoring of Use of Force*. (pp. 7-1 – 7-17). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

213.   *Excited delirium & agitated chaotic events™ instructor requalification workbook version 5.1.e.* [Ed]. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

214.   *Legal, medical, and scientific constraint on human restraints symposium.* (2014, April). [Ed]. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

215.   "Brief History of Restraint." (2014, April). In *Legal, medical, and scientific constraint on human restraints symposium* (pp. 16-22). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

216.   "Scientific Research, Sample Size, and Significance: A Primer." (2014, April). In *Legal, medical, and scientific constraint on human restraints symposium* (pp. 44-53). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

217.   "Agitated Chaotic Events™, Special Populations, Arrest-Related Deaths, and Sudden in-Custody Deaths. (2014, October). In *Legal, policy, and litigation response aspects of officer-involved lethal and less lethal force* (pp. 44-1 – 44-23). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

218.   "Agonal Breathing." (November 2014). In *9th annual excited delirium, arrest-related and sudden in-custody death conference* (pp. 133-140). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

219.   "Excited Delirium and In-custody Deaths." (January 2015)  In *Jail and prisoner legal issues: Module II Security and Incident Liability.* (pp. 53-1 – 53-17). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

220.   "Physiological Aspects of In-Custody Deaths and Injuries, Excited Delirium, Impact of Substance Abuse. (January 17, 2015).AELE, *Jail and Prisoner Legal Issues Workshop: Security and Incident Liability*—Las Vegas, NV. ). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

221.   "Agitated Chaotic Events™, Special Populations, Arrest-Related Deaths, and Sudden In-Custody Deaths." (March 2015).  In *Use of Force Module One: The Biometric, Psychological and Legal Aspects of Lethal & Less Lethal Force.* (pp. 44-1 – 44-23). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

222.   "Electronic Control Weapons: Forensic and Statistical Analyses." (March 2015). In *Use of Force Module Two: The Management, Oversight and Monitoring of the Use of Force.* (pp. 7-1 – 7-17). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

223.   *Law Enforcement Camera-Based Systems Symposium Handbook* (Ed. with Charles Wilhite, J.D.). (May, 2015). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc. Center for Excellence in Event Reconstruction.

224.    "Training and Testing for Camera Competency." In *Law Enforcement Camera-Based Systems Symposium* (pp. 101-108). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc. Center for Excellence in Event Reconstruction.

225.    "Body-Worn Cameras: Rebuilding Public Trust Through Organizational Culture—Part I." [with Lt. Charles Wilhite, J.D., & Lt. James LaRochelle]. (2015, September-October). *Police and Security News (31)*, Issue 5, pp. 52-58.

226.    *One Breath: The importance of recognizing agonal & other breathing problems user-level study guide* [with Brian Casey]. (2015, September). Henderson, NV: IPICD Online Training Center.

## SCRIPTS:

1.    Defensive Tactics With Flashlights. Produced by Alan Popkin. Directed by Drew Michaels. 45 min. Wild Wing Productions, 1986. Videocassette.

2.    Tactical Handcuffing: Part I. Produced by Marc Knutson. Directed by Rick Eisleben. 60 min. M & C Productions, 1986. Videocassette.

3.    Tactical Handcuffing: Part II. Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1986. Videocassette.

4.    Basic Defense With Flashlights. Produced by Alan Popkin. Directed by Drew Michaels. 20 min. Wild Wing Productions, 1987. Videocassette.

5.    Basic Tactical Handcuffing: Part I Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1987. Videocassette.

6.    Basic Tactical Handcuffing: Part II. Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1987. Videocassette.

7.    LaChoy: Menu of Fortune. Produced by Marc Knutson. Directed by Rick Eisleben. 45 min. M & C Productions, 1987. Videocassette.

8.    Realistic Firearm Disarming: Part I. Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1987. Videocassette.

9.    Realistic Firearm Retention: Part II. Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1987. Videocassette.

10.    Defensive Tactics With Mini-Flashlights. Produced by Marc Knutson. Directed by Rick Eisleben. 90 min. M & C Productions, 1987. Videocassette.

11.   Realistic Side-Handle Baton Techniques: Part I.  Produced by Marc Knutson.
        Directed by Rick Eisleben.  60 min.  M & C Productions, 1987.
         Videocassette.

12.   Realistic Side-Handle Baton Techniques: Part II.  Produced by Marc Knutson.
        Directed by Rick Eisleben.  30 min.  M & C Productions, 1987.

13.   Mission Possible.  Produced by Marc Knutson.  Directed by Rick Eisleben.
        M & C Productions, 1987.

14.   Basic Firearm Disarming.  Produced by Marc Knutson.  Directed by Rick
        Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

15.   Basic Firearm Retention.  Produced by Marc Knutson.  Directed by Rick
        Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

16.   Basic Mini-Flashlight (Kubotan) Techniques: Part I.  Produced by Marc
        Knutson.  Directed by Rick Eisleben.  30 min.  M & C Productions, 1987.
        Videocassette.

17.   Basic Mini-flashlight (Kubotan) Techniques: Part II.  Produced by Marc
        Knutson.  Directed by Rick Eisleben.  30 min.  M & C Productions, 1987.
        Videocassette.

18.   Basic Side-Handle Baton: Part I.  Produced by Marc Knutson.  Directed by
        Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

19.   Basic Side-Handle Baton: Part II.  Produced by Marc Knutson.  Directed by
        Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

20.   Basic Side-Handle Baton: Part III.  Produced by Marc Knutson.  Directed by
        Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

21.   REFAST Dynamic Tactical Firearms Training System: Promotional Video
        Tape.  Produced by John G. Peters, Jr. Directed by Rick Eisleben.  30
        min. Impact Productions, Inc., 1989.  Videocassette.

22.   REFAST Dynamic Tactical Firearms Training System: Operational Video
        Training Manual.  Produced by John G. Peters, Jr.  Directed by Rick Eisleben.45
        min. Impact Productions, Inc., 1989.  Videocassette.

23.   ASP Tactical Baton.  Produced by John G. Peters, Jr.  Directed by Susan
        Sherman.  60 min.  Impact Productions, Inc., 1989.  Videocassette.

24. Defensive Tactics With Electronic Restraints. Produced by John G. Peters, Jr. Directed by Susan Sherman. 45 min. Impact Productions, Inc., 1989. Videocassette.

25. Kubotai. Produced by Takayuki Kubota. Directed by Val Malochevic. 30 min. International Karate Association, 1990. Videocassette.

26. Tactical Flashlight: An Introduction. Produced by John G. Peters, Jr. Directed by Susan Sherman. 90 min. Impact Productions, division of Reliapon Police Products, Inc. 1991. Videocassette.

27. Defensive Tactics With Chemical Aerosol Sprays. Produced by John G. Peters, Jr. Directed by Susan Sherman. 50 min. Reliapon Police Products, Inc., 1992. Videocassette.

28. BodyGuard: Personal Protection with Chemical Aerosol Sprays. Produced by John G. Peters, Jr. Directed by Susan Sherman. 30 min. Reliapon Police Products, Inc., 1992. Videocassette.

29. Stop Exposing Yourself: Reducing Personal Risk Through Leather Gloves. Produced by John G. Peters, Jr. Directed by Susan Sherman. 30 min. Reliapon Police Products, Inc., 1992. Videocassette.

30. Pneu-Gun, Ballistic Baton: An Introduction. Produced by John G. Peters, Jr. Directed by Susan Sherman. 10 min. Reliapon Police Products, Inc., 1992. Videocassette.

31. Prevention and Management of In-Custody Death. Produced by John G. Peters, Jr. Directed by John G. Peters, Jr. and Mark Myers. 45 min. American Handcuff Co, Inc., 1998. Videocassette.

32. Response to Sexual Harassment: Organizational Victory or Checkmate? Produced by John G. Peters, Jr. Directed by David A. Donovan and John G. Peters, Jr. 42 min. Millersville University, 2002. Videocassette.

33. The Old Woodshed. Produced by John G. Peters, Jr. Directed by David A. Donovan and John G. Peters, Jr. Commemorative Intercourse, 2004. Videocassette & DVD.

34. Commemorative Intercourse (PA):1754-2004. Produced and written by John G. Peters, Jr. Directed by David A. Donovan and John G. Peters, Jr. Commemorative Intercourse, 2004. Videocassette & DVD.

35. Intercourse (PA) 250th Celebration & Heritage Parade. Produced by John G. Peters, Jr. Directed by John G. Peters, Jr. Commemorative Intercourse, 2004. Videocassette & DVD.

36.    Tactical OC®.  Produced by John G. Peters, Jr.  Directed by David A. Donovan
       and John G. Peters, Jr. (forthcoming, 2011). DVD.

**Cassette Recordings:**

1.     Berman, A. David, & Peters, Jr., John G. (Speakers).  (1995).  Officer safety
       update.  Millersville, PA: Defensive Tactics Institute, Inc.
2.     Berman, A. David, & Peters, Jr., John G. (Speakers).  (1995).  Lesson guides
       and performance-based testing. Millersville, PA:  Defensive Tactics Institute, Inc.

3.     Adams, J. T., & Peters, Jr., John G.  (Speakers).  (1998). Prevention and
       Management of Sudden In-Custody Death.  Millersville, PA: Defensive Tactics
       Institute, Inc.

**On-line Course Development:**

24.    "One Breadth: The Importance of Recognizing Agonal & Other Breathing Problems
       User-level Program." *IPICD Online Training Center*, 2015.

23.    "Hyponatremia (Water Intoxication)". *IPICD Online Training Center*, 2014.

22.    "Synthetic Drugs." *IPICD Online Training Center*, 2014.

21.    "Schizophrenia." *IPICD Online Training Center*, 2014.

20.    "Epilepsy." *IPICD Online Training Center*, 2014.

19.    "Energy Drinks." *IPICD Online Training Center*, 2014.

18.    "Diabetes." *IPICD Online Training Center*, 2014.

17.    "Diabetes." *IPICD Online Training Center*, 2014.

16.    "Dementia." *IPICD Online Training Center*, 2014.

15.    "Delirium." *IPICD Online Training Center*, 2014.

14.    "Bipolar." *IPICD Online Training Center*, 2014.

13.    "Autism." *IPICD Online Training Center*, 2014.

12.    "Alcohol Withdrawal." *IPICD Online Training Center*, 2014.

11.    "Agonal Breathing." *IPICD Online Training Center*, 2014.

10. "Version 5.0 Supplemental Information." *Institute for the Prevention of In-Custody Deaths, Inc.*, 2012.

9. "User-Level Program: Recognition, Response, Management, and Investigation of Excited Delirium and Agitated Chaotic Event Arrest-Related and In-Custody Deaths." *Institute for the Prevention of In-Custody Deaths, Inc.*, 2012.

8. "Certified Online Facilitator ." *Neumann College*, 2006.

7. "Developing Online Courses." *Neumann College*, 2006.

6. "Master Syllabus: Emergency Management." *Walden University*, 2004.

5. "Critical Thinking." (Course Developer.) *Regent University*, 2003.

4. "Police Organizational Culture." (Course Developer with Dr. Julian Timothy Adams). *Capella University*, 2002.

3. "Vocational Psychology." (Course Developer with Dr. Wayland Secrest). *Capella University*, 2002.

2. "Organizational Psychology." (Course Collaborator with Dr. Karen Yasgoor). *Capella University*, 2001.

1. "Information and Business Process Systems." *Eastern College*, 2000.


**PowerPoint® Presentations** (non-academic):

"Excited Delirium and Use-of-Force for the Security Officer." American Society for Industrial Security (ASIS). *61st Annual International Seminar and Conference*, Anaheim, CA. (September 30, 2015).

"Training and Testing for Camera Competency." IPICD Center for Excellence in Event Reconstruction, First Annual Law Enforcement Camera-Based Systems Symposium— Las Vegas, NV. (June 9-11, 2015).

AELE, Management, Oversight, and Monitoring Use of Force—Las Vegas, NV. (March 4-5, 2015). Post-Incident Electronic Control Weapon Forensic Analysis.

AELE, The Biometric, Psychological and Legal Aspects of Lethal and Less Lethal Force—Las Vegas, NV. (March 2-3, 2015). Historical Overview and Profiles of Sudden In-Custody Deaths.

AELE, Jail and Prisoner Legal Issues Workshop: Security and Incident Liability—Las Vegas, NV. (January 17, 2015). Physiological Aspects of In-Custody Deaths and Injuries, Excited Delirium, Impact of Substance Abuse.

"Suicide Watch Checks: How a policy of checking every 15 minutes is not supported by scientific research and may increase liability." IPICD *9th Annual Excited Delirium, Arrest-Related and Sudden In-Custody Death Conference*. Las Vegas,NV. (November 3-6, 2014).

"Agonal Breathing." IPICD *9th Annual Excited Delirium, Arrest-Related and Sudden In-Custody Death Conference*. Las Vegas,NV. (November 3-5, 2014).

"Agitated Chaotic Events™, Special Populations, Arrest-Related Deaths, and Sudden In-Custody Deaths." AELE *Legal, Policy, and Litigation Response Aspects of Officer-Involved Lethal and less Lethal Force*, Las Vegas, NV. (October 14, 2014).

"Brief History of Restraint." IPICD, *Legal, Medical & Scientific Constraints on Human Restraints Symposium*, Las Vegas, NV. (April 23, 2014).

"Agonal Breathing." IPICD. *Legal, Medical & Scientific Constraints on Human Restraints Symposium*, Las Vegas, NV. (April 23, 2014).

"Scientific Research, Sample Size, and Significance: A Primer." IPICD, *Legal, Medical & Scientific Constraints on Human Restraints Symposium*, Las Vegas, NV. (April 23, 2014).

"Electronic Control Weapons: Forensic and Statistical Analyses." AELE, *Force Management*—Las Vegas, NV. (March 4, 2014).

"Excited Delirium, Sudden, and In-custody Deaths." AELE, *Jail and Prisoner Legal Issues Module I: Operational & Administrative Legal Issues*. Las Vegas, NV. (January 21, 2014).

Using the IPICD Arrest-Related Death and Sudden In-Custody Death Checklist. IPICD, *8th Annual Excited Delirium, Arrest-Related and Sudden In-Custody Death Conference*: Las Vegas, NV (November 20, 2013).

Excited Delirium, Agitated Chaotic Events, Arrest-Related, and Sudden, In-custody Deaths. AELE, Lethal and Less Lethal Force CD.—Las Vegas, NV. (October 8, 2013).

"Developing Defendable Psychomotor Learning Domain Assessments." *Institute for the Prevention of In-Custody Deaths, Inc.* (March 2013).

"Electronic Control Weapons: Forensic and Statistical Analyses." AELE, *Management, Oversight, and Monitoring of Use of Force* CD: Las Vegas, NV (April 2013).

Historical Overview and Profiles of Victims of Sudden, In-Custody Deaths, Excited Delirium. Authored by John G. Peters, Jr., Ph.D., and presented by A. David Berman, M.S. at *DLG Use of Force Summit*: CT (November 28, 2012).

A Descriptive Study of the The WRAP Restraint: Findings. *7th Annual Sudden Death, Excited delirium, & In-custody Death Conference*: Las Vegas, NV (November 13, 2012).

Scientific Causation, Sample Size, and Challenging Theories. *7th Annual Sudden Death, Excited delirium, & In-custody Death Conference*: Las Vegas, NV (November 12, 2012).

Excited Delirium, Agitated Chaotic Events, Arrest-Related, and Sudden, In-custody Deaths. AELE, <u>Lethal and Less Lethal Force</u> CD.—Las Vegas, NV. (October 16, 2012).

"Recognizing, Responding, Managing, and Investigating Excited Delirium and Agitated Chaotic Events Arrest-related and In-Custody Deaths Instructor (Version 5.0)". *Institute for the Prevention of In-Custody Deaths, Inc.* (May, 2012).

"The WRAP Restraint: A Retrospective Study." Institute for the Prevention of In-Custody Deaths, Inc. *6th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference*: Las Vegas, NV (November 2011).

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law   Enforcement *Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force* CD: Las Vegas, NV (October, 2011).

"Suspect in Custody: Now What?" G2E <u>Global Gaming Conference</u>—Las Vegas, NV. (with Tommy Burns), October 5, 2011.

"ECD Forensic Analyst™. 2.0." *ECD Forensic Analyst™* Program, Institute for the Prevention of In-Custody Deaths, Inc., Poughkeepsie, New York, June 22-23, 2011.

"Excited Delirium and Arrest-Related Deaths." Riverside (CA) Community Police Review Commission, June 15, 2011.

"Observations from the Litigation Trenches." Wyoming Administrators' Conference, Douglas, WY. April 12, 2011.

"Excited Delirium, Sudden, and In-Custody Deaths." Americans for Effective Law Enforcement, Las Vegas, NV. March 8, 2011

"Excited Delirium, Arrest-Related, &In-Custody Deaths." American Jail Association, Las Vegas, NV . February 16, 2011.

"Excited Delirium, Arrest-Related Deaths." CSAC-EIA: Rancho Cordova, CA (February 9, 2011).

"Excited Delirium, In-Custody Deaths." American Jail Association, Las Vegas, NV
    February 8, 2011.

"ECD Forensic Analysis™." *ECD Forensic Analyst*™ Program (with Michael Leonesio).
    Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, NV (December, 2010).

"Security Management: Use-of-Force Issues and Litigation." G2E, Global Gaming Expo—Las
    Vegas, NV (with Tommy Burns). November 15, 2010.

"Excited Delirium for EMS Providers: Causes, Symptoms, Causes." Whatcom County
    Emergency Medical Services Council. *29th Annual Conference on Prehospital
    Medicine.* Bellingham, WA (October 2010).

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law   Enforcement
    *Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-
    Lethal Force* Workshop: Las Vegas, NV (October,   2010).

"It's A Medical Emergency: Best Practices for Arrest-Related Deaths." National Association for
    Civilian Oversight of Law Enforcement, Seattle, WA (September   2010).

"Investigating Arrest-Related Deaths and Acute Psychotic Events." Las Vegas Metropolitan
    Police Department, Las Vegas, NV (April 2010).

"Arrest-related, Excited Delirium, and Sudden, In-Custody Deaths." Nevada Department
    of Wildlife: Boulder Beach, NV (March, 2010).

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law Enforcement
    *Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-
    Lethal Force* Workshop: Las Vegas, NV (March, 2010).

"Recognizing and Responding to Excited Delirium." Lorman Education Services: Eau Claire,
    WI: (February 10, 2010).

"Excited Delirium." CSAC-EIA: Rancho Cordova, CA (January 13, 2010).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement Jail and Legal Issues
    Workshop: Las Vegas, NV (January 11, 2010).

"Use-of-Force by the Numbers™: 4,8,14. (October 28-30, 2009). Las Vegas, NV:
    Institute for the Prevention of In-Custody Deaths, Inc.

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law Enforcement
    *Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-
    Lethal Force* Workshop: Las Vegas, NV (October, 2009).

"Recognition and Investigation of Excited Delirium and Sudden In-Custody Death."
(September 9-10, 2009). Houston, TX: Harris County Sheriff's Office.

"Putting it All Together." (May 26, 2009). *Are You Prepared? Excited Delirium*. Guelph,
Ontario, Canada: Canadian Centre for the Prevention of In-Custody Deaths, Inc.

"Reconstruction of the sudden, in-custody death; Investigation checklist; Report
writing for sudden, in-custody death events." (April 17, 2009). *Forensic
Analyst: Excited Delirium, Sudden, In-Custody Deaths*. Henderson, NV:
Institute for the Prevention of In-Custody Deaths, Inc.

"Causation v. Fallacies; Reviewing and interpreting scientific studies." (April 16,
2009). *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths*.
Las Vegas, NV: Institute for the Prevention of In-Custody Deaths, Inc.

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Washington Criminal Justice Training
Commission. (April 2, 2009).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Westminster Police Department,
Westminster, CO. (March 30, 2009).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Los Angeles County Sheriff's Training
Center, Whittier, CA. (March 16, 2009).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement *Legal, Psychological
and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force* Workshop:
Las Vegas, NV (March, 2009).

"Excited Delirium." CSAC-EIA. Webinar. Rancho Cordova, CA. (January 2009).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement Jail and Legal Issues
Workshop: Las Vegas, NV (January, 2009).

"Scientific Method, Causation, and Fallacies." IPICD 3rd Annual Conference: Las Vegas, NV
(October 2008).

"Excited Delirium." Correctional Facilities Administrative Seminar, California Sheriff's
Association: Sacramento, CA (October 2008).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement, Lethal & Less Lethal
Force Workshop: Las Vegas, NV (October 2008).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Salt Lake City, UT. (July 2008).

"Excited Delirium and Sudden Death: Legal, Management and Risk Management Issues." PRIMA 29th Annual Conference: Anaheim, CA. (June 2008).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement, Lethal & Less Lethal Force Workshop: San Francisco, CA. (March 2008).

"Excited Delirium and Crisis Intervention Training." California P.O.S.T. workshop: San Jose, CA (February 2008).

"Recognition, Prevention, Management of Excited Delirium and Sudden and In-Custody Deaths: Version 3.0." (2008, February). Henderson, NV: Institute for the Prevention of In-Custody Deaths.

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement, Lethal & Less Lethal Force Workshop: Las Vegas, NV. (March 2007).

"Excited Delirium." Southern California Jail Manager's Association: Santa Paula, CA. (January 2007).

"Excited Delirium, Sudden Death, Jail Suicide, and Suicide by Cop." Montana Association of Cities and Counties Conference: Billings, MT. (January 2007).

"Psychological Considerations." AELE Jail and Prisoner Legal Issues Workshop: Las Vegas, NV. (January 2007).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Toronto, Canada (December 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Montgomery, AL. (December 2006).

"Investigating Excited Delirium, Sudden Death, and Jail Suicide." P.A.T.C. Western Training Conference: Las Vegas, NV. (November 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Oakland, CA (November 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Chicago, IL (October 2006).

"In-Custody Death and Injuries." AELE Police Liability Workshop: Las Vegas, NV. (October 2006).

"Management Issues in Law Enforcement Litigation." AELE Police Liability Workshop: Las Vegas, NV. (October 2006).

"The Aftermath of an Incident." AELE Police Liability Workshop: Las Vegas, NV. (October 2006).

"IPICD Specialist Program." Institute for the Prevention of In-Custody Deaths, Inc. Specialist Program: Henderson, NV. (September 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Colorado Spring, CO. (August 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Cleveland, OH (June 2006).

"Sexual Harassment: Findings in the Local Government Workplace." AGRIP Pooling Session 1132, PRIMA Conference: Las Vegas, NV. (June 2006).

"Excited Delirium, Sudden Death, and Jail Suicide." FBI National Academy GraduateS—Utah Conference: St. George, UT. (May 2006).

"Suicide by Cop." FBI National Academy Graduates—Utah Conference: St. George, UT. (May 2006).

"Cause and Effect." TASER® International Conference: Las Vegas, NV. (May 2006).

"Excited Delirium and Sudden Death." TASER® Master Instructor Conference: Las Vegas, NV. (May 2006).

"Identification, Prevention, and Management of In-Custody Deaths." ILEETA Conference: Chicago, IL. (April 2006).

"Ethics." Harrah's Entertainment, Inc.: Las Vegas, NV. (April 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Santa Ana, CA. (March 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Scottsdale, AZ (January 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Scottsdale, AZ (December 2005).

"Identification, Prevention, Management, and Investigation of Sudden In-Custody Deaths, V.2." Institute for the Prevention of In-Custody Deaths, Inc. (October 2005).

"Identification, Prevention, Management. and Investigation of Sudden In-Custody Deaths, V.1."
Institute for the Prevention of In-Custody Deaths, Inc. (July 2005).

APPENDIX A

## POST-GRADUATE COURSES/PROGRAMS/TRAINING

| YEAR | COURSE/PROGRAM/TRAINING | PROVIDER |
|------|--------------------------|----------|
| 2015 | Paper making. | National Paper Museum: Tokyo, Japan |
| 2014 | Implementation of Health Instruction Framework for California School | University of California-Riverside |
| 2014 | Cardiopulmonary Resuscitation (CPR) | California State University, San Bernardino |
| 2014 | Early Designated Subjects (ECTS 1000) | CSUSB, San Bernardino |
| 2013 | Introduction to Educational Research | California State University, San Bernardino—Palm Desert Campus (CSUSB—PDC) |
| 2013 | Professional Competencies in Career & Technical Education | CSUSB—PDC |
| 2013 | Classroom Assessment Techniques | University of Phoenix |
| 2013 | General Faculty Meeting | University of Phoenix |
| 2013 | Foundations of Education | CSUSB—PDC |
| 2013 | Critical Issues in Career and Technical Education | CSUSB—PDC |
| 2012 | Foundations of Vocational Education (ECTS 637) | CSUSB—PDC |
| 2012 | 7th Annual Sudden, Death, Excited Delirium & in-Custody Death Conference. | IPICD, Inc. |
| 2012 | Effective Communication in Education (EDUC 603) | CSUSB—PDC |
| 2012 | Educational Support (ECTS 502) | CSUSB—PDC |
| 2012 | Issues in Teaching (ECTS 503) | CSUSB—PDC |
| 2012 | Computer Skills for Teachers (ECTS 519) | CSUSB—PDC |
| 2012 | Adult Education Methods (ECTS 504) | CSUSB—PDC |
| 2012 | Applied Field Skills (ECTS 518) | CSUSB—PDC |
| 2011 | Basic Teaching Methods (ECTS 501) | CSUSB—PDC |
| 2011 | 6th Annual Sudden, Death, Excited Delirium & in-Custody Death Conference. | IPICD, Inc. |
| 2011 | Faculty Certification | University of Phoenix |
| 2010 | ECD Forensic Analyst™ | Institute for the Prevention of In-Custody Deaths, Inc. (IPICD, Inc.) |
| 2010 | Arrest-Related, Excited Delirium, Sudden, In-Custody Death Conference | IPCID, Inc. |
| 2010 | Campus Law Enforcement Legal Issues forum | D. Stafford & Associates |
| 2010 | Chest Trauma | Whatcom County EMS |
| 2010 | The Phoenix: Tactical Emergency Medical Support (T.E.M.S.) | Whatcom County EMS |

| 2010 | World War II, Unit 731 and Roots of Modern Biological Warfare | Whatcom County EMS |
|---|---|---|
| 2009 | Sudden Death, Excited Delirium & In-Custody Death Conference | IPICD, Inc. |
| 2009 | Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force | Americans for Effective Law Enforcement (AELE, Inc.) |
| 2009 | Section 1983 Update | International Association of Chiefs of Police (IACP) |
| 2009 | Panel on Electronic Control Weapons | IACP |
| 2009 | Police Response to Persons with mental illness: Innovative Strategies to Reduce Officer and Subject Injuries/Fatalities | IACP |
| 2009 | TASER® X3™ Electronic Control Device | TASER International, Inc. |
| 2009 | TASER Shockwave Electronic Control Device | TASER International, Inc. |
| 2009 | TASER AXON™ | TASER International, Inc. |
| 2009 | TASER Evidence.com | TASER International, Inc. |
| 2009 | TASER International Conference | TASER International, Inc. |
| 2009 | CCPICD Are You Prepared? | Canadian Center for the Prevention of In-Custody Deaths, Inc. (CCPICD) |
| 2009 | Arrest-Related Death Forensic Analyst | IPICD, Inc. |
| 2009 | TASER Use of Force, Risk Management and Legal Strategies | TASER International, Inc. |
| 2009 | Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force | AELE, Inc. |
| 2009 | Evidence Collection and Analysis of a TASER Electronic Control Device | TASER International, Inc. |
| 2009 | Jail and Prisoner Legal Issues | AELE, Inc. |
| 2008 | Discipline and Internal Investigations | AELE, Inc. |
| 2008 | Excited Delirium, Sudden Death Conference | IPICD, Inc. |
| 2008 | Cardiac Effects of TASERs in Swine: Distrubing-Irrelevant? | IACP |
| 2008 | TASER Armorer Certification Course | TASER International, Inc. |
| 2007 | Excited Delirium, Sudden Death Conference | IPICD, Inc. |
| 2007 | Excited Delirium | IACP |
| 2007 | Investigation of In-Custody Deaths | IACP |
| 2007 | Panel on Excited Delirium | IACP |
| 2007 | LAPD Use of Force Incidents: From Initiation to Conclusion | IACP |
| 2007 | Update on Electronic Control Weapons: Review of the Recent Medical Publications and Recommendations | IACP |
| 2007 | Today's Electronic Control Weapons: Policies and Training | IACP |
| 2007 | Legal Issues: Hiring and Retention | IACP |

| 2007 | TASER Instructor | TASER International, Inc. |
|---|---|---|
| 2007 | Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force | AELE, Inc. |
| 2006 | Excited Delirium, Sudden Death Conference | IPICD, Inc. |
| 2006 | Electronic Control Weapons: The Tactical, Medical, and Legal Barriers to Successful Deployment | IACP |
| 2006 | Police Civil Liability and the Defense of Citizen Misconduct Complaints | AELE, Inc. |
| 2006 | TASER International Conference | TASER International, Inc. |
| 2006 | Non-Disciplinary Employment and Labor Law | AELE, Inc. |
| 2006 | TASER Master Instructor Course | TASER International, Inc. |
| 2006 | Jail and Prisoner Legal Issues | AELE, Inc. |
| 2005 | Discipline and Internal Investigations | AELE, Inc. |
| 2005 | Criminal Justice Agency Compliance & Auditing | AELE, Inc. |
| 2005 | Police Civil Liability and Defense of Citizen Misconduct Complaints | AELE, Inc. |
| 2005 | Current Issues in Less Lethal Technology | IACP |
| 2005 | Legal Developments in use of Force, with Special Emphasis on TASERS | IACP |
| 2005 | Open Discussion on Police Suicide | IACP |
| 2005 | TASER Use and Law Enforcement: Medical and Legal Issues | IACP |
| 2005 | TASER Master Instructor Course | TASER International, Inc. |
| 2005 | TASER International Conference | TASER International, Inc. |
| 2005 | Sudden & In-Custody Death, Restraint Asphyxia Medical Update | Dr. Jeffrey Ho, et. al. |
| 2003 | Fundamentals of Effective Online Teaching | Walden University |
| 2002 | Employment and labor Law in Pennsylvania | Lorman Educational Services |
| 2001 | Competency-Based Curriculum Development in professional Psychology | Capella University |
| 2001 | Practicum in Online Graduate Teaching in professional Psychology | Capella University |
| 2001 | Mentoring Graduate Students in Professional Psychology | Capella University |
| 2001 | Online Teaching and Training in Professional Psychology | Capella University |
| 2000 | Intellectual Property in Cyberspace | Berkman Center for Internet & Society, Harvard Law School |
| 2000 | Violence Against Women 2000 | Center for Internet & Society, Harvard Law School |
| 2000 | Certified Online Instructor | Walden Institute |
| 1979 | Governmental Accounting and Finance | Suffolk University |
| 1975 | Research Methodology | University of Baltimore |
| 1975 | Criminal Justice Management | University of Baltimore |

## APPENDIX B

### INSTITUTE for the PREVENTION of IN-CUSTODY DEATHS, INC.: PROGRAMS INSTRUCTED

| PROGRAM TITLE |
| --- |
| Recognition, Prevention, and Management of Excited Delirium and Sudden, In-custody Deaths Instructor: Domestic Versions 1.0, 2.0, 3.0, 4.0, 5.0, and 5.1 |
| Recognition, Prevention, and Management of Excited Delirium and Sudden, In-custody Deaths Instructor: International Version 5.0. |
| ECD Forensic Analyst™ |
| Use-of-Force by the Numbers™: 4, 8, 14 Train-the-Trainer: Versions 1.0 and 2.0 |
| Forensic Analyst: Excited Delirium, Sudden, In-custody Deaths |
| Arrest-Related Deaths Forensic Analyst™ |
| Arrest-Related and In-custody Deaths Investigative Specialist™ |
| Developing Defendable Psychomotor Learning Domain Assessments |
| Recognition, Prevention, and Management of Excited Delirium and Sudden, In-custody Deaths Instructor Re-qualification: Version 5.1 |
| One Breath: The Importance of Recognizing Agonal & Other Breathing Problems User-Level Program. |

# APPENDIX  C

## DEFENSIVE TACTICS INSTITUTE, INC.: PROGRAMS INSTRUCTED

| PROGRAM TITLE |
| --- |
| Chemical Aerosol Spray Instructor |
| Crowd Control Instructor |
| Cultural Diversity |
| Defensive Tactics Instructor |
| Edged Weapons Instructor |
| Electronic Restraint Instructor |
| Expandable Baton Instructor |
| Firearm Disarming/Retention Instructor |
| Instructor Development (Basic and Advanced) |
| Kubotai® Instructor |
| Kubotan® Instructor |
| Personal Weapons Instructor |
| Pneu-Gun Ballistic Baton Instructor |
| Policy Development, Implementation, and Evaluation |
| Prevention and Management of In-Custody Deaths |
| Prevention and Management of Sexual Harassment |
| Prevention and Management of Agency High-Risk Liability |
| Tactical Flashlight™ Instructor |
| Tactical Glove® Instructor |
| Tactical Handcuffing Instructor |
| Tactical Mini-Flashlight Instructor |
| TACTICAL OC® Instructor |
| Use-of-Force Instructor |

## APPENDIX  D

## ACADEMIC COURSES TAUGHT by EDUCATIONAL INSTITUTION

### Capella University:  Harold Abel School of Psychology: Doctoral & Master Courses

| Course Number | Course Title |
| --- | --- |
| Research Focused Seminar | Quantitative Analysis |
| FS 6/16-17 | Psychology Research II: Statistics |
| FS6/16-17 | Psychology Research II: Intermediate Designing the Dissertation Proposal |
| PSY7625 | Advanced Inferential Statistics |
| PSY7656 | Advanced Research Methods |
| PSY8711 | Principles of Industrial/Organizational Psychology |
| PSY8720 | Psychology of Leadership |
| PSY8740 | Psychology Practices in Personnel and Human Resources Management |
| PSY9919 | Doctoral Comprehensive Examination |
| PSY9921 | Dissertation Research 1 |
| PSY9922 | Dissertation Research 2 |
| PSY9923 | Dissertation Research 3 |
| PSY9924 | Dissertation Research 4 |
| PSY7411 | Learning Theories in Psychology |
| PSY7620 | Inferential Statistics |
| PSY7650 | Research Methods |
| PSY5201 | Integrative Project for Master's Degree in Psychology |

### Eastern University: Fast-Track Master of Business Administration (FMBA) Courses

| Course Number | Course Title |
| --- | --- |
| MNGT500 | Principles of Continuous Education |
| FD2 | Statistics |
| FD4 | Excel/Statistics |
| MNGT510 | Issues in Management |
| MNGT520 | Research Design |
| MNGT541 | Strategic Thinking I |
| MNGT560 | Business Ethics |
| MNGT550 | Management Communications |
| MNGT542 | Strategic Thinking II |
| MNGT630 | Executive Seminar |
| MNGT650 | Quantitative Decision Making |
| MNGT680 | Business Policy Capstone |

**Neumann College: Master of Science in Strategic Leadership**

| Course Number | Course Title |
|---|---|
| STLDR-530 | Strategic Planning/Systems Thinking |
| STLDR-570 * | Group Leadership |
| STLDR-580 | Knowledge Management |
| STLDR-600 | Capstone Seminar and Master's Project |
| | Online Instructor Development (for faculty) |

**Eastern University: Undergraduate Degree Completion Program (DCP)**

| Course Number | Course Title |
|---|---|
| | Orientation |
| OM300 | Dynamics of Organizational Behavior |
| OM310 | Adult Learning & Development |
| OM340 | Business Ethics and World Views |
| OM380 | Managerial Interpersonal Communication |
| OM385 | Applied Thesis I |
| OM320 | Methods of Social Science Research & Statistics |
| OM360 | Human Resources and Supervisory Development |
| OM440 | Ethical Character of Leadership |
| OM485 | Applied Research: Thesis II |

**Elizabethtown College: Undergraduate Communication Department**

| Course Number | Course Title |
|---|---|
| COM408 | Systems Approach to Organizational Training |
| COM412 | Advanced Public Relations |

**Millersville University: Undergraduate Communication & Theatre Department**

| Course Number | Course Title |
|---|---|
| COM101 | Speech Communication |
| COM251 | Public Relations |
| COM351 | Public Relations Writing |

**Regent University: Undergraduate Degree Completion Program (DCP)**

| Course Number | Course Title |
|---|---|
| OLM300 | Leadership and Organizational Dynamics |
| OLM320 | Methods of Social Science Research & Statistics |
| OLM330 | Business Ethics and Worldview |
| OLM321 | Research Seminar I |
| OLM410 | Human Resources and Leadership |
| OLM440 | Personal Leadership for Change |
| OLM422 | Research Seminar III |
| OLM430 | Ethical Character of Leadership |

**University of Phoenix**

| Course Number | Course Title |
|---|---|

| CJA/334 | Research Methods in Criminal Justice |
|---------|--------------------------------------|
| MGT427  | Project Management                   |
| MGT445  | Organizational Negotiations          |

**Northern Essex Community College: Undergraduate Criminal Justice/Security Program**

| |
|---|
| Introduction to Security |
| Security Management |
| Principles of Loss Prevention |
| Senior Seminar (Police/Security Management) |

## APPENDIX  E

### WALDEN INSTITUTE: PROGRAMS TAUGHT

| |
|---|
| Certified On-Line Instructor: Corporate |
| Certified On-Line Instructor: Academic and Not-for-Profit |

### *John G. Peters, Jr. & Associates*
209 South Stephanie Street
Suite B249
Henderson, Nevada 89012

John G. Peters, Jr., M.B.A., Ph.D., CLS has testified in the following cases during the last four years 2012, 2013, 2014, and to date):

| **2012** | **Deposition** | **Trial** |
|---|---|---|
| Commonwealth of PA v. Brendon Ross<br>Court of Common Pleas, Chester County<br>No. 10-05<br>Criminal: Use of force; mental illness | | X |

| **2012** | **Deposition** | **Trial** |
|---|---|---|
| Wolfe v. Thomas Routzahn, et al.<br>United States District Court<br>District of Maryland (Greenbelt Division)<br>Defense: No. 08-03479<br>Use of force; Flashlight; TASER; Handcuffing | | X |
| Kingsley v. Josvai, et al.<br>United States District Court<br>Western District of Wisconsin<br>No. 10 CV 115<br>Defense: Corrections use of force; Handcuffing | X | X |

| **2013** | **Deposition** | **Trial** |
|---|---|---|
| Saucier v. Brown, Baker, et al.<br>19th Judicial District Court<br>Parish of East Baton Rouge<br>No. 570, 402 Section 8<br>Plaintiff: Inmate death; classification;<br>training; cell search | X | |
| Booty v. Warden Howard Prince, et al.<br>18th Judicial District Court<br>Parish of Iberville<br>No. 68, 649—Division A<br>Plaintiff: inmate suicide; classification | X | |

---

| 2013 | Deposition | Trial |
|------|------------|-------|
| Zuppardo v. Sean Williams, et al.<br>United States District Court<br>Eastern District of Louisiana<br>No. 2:12-CV-1080<br>Plaintiff: TASER; excessive force; training | X | X |
| Slaby v. Eric Holder, et al.<br>United States District Court<br>For the Eastern District of Virginia<br>Alexandria Division<br>No. 12-cv-01235<br>Plaintiff: Discrimination; job-related<br>training assessments and standards | X | |
| Campbell, et al. v. Adult Daycare of<br>Lexington, Inc., et al.<br>United States District Court<br>Eastern District of Kentucky<br>No. 5:11-cv-00155-JBC<br>Plaintiff: Use of force; training | X | |

| 2014 | Deposition | Trial |
|------|------------|-------|
| Wanda Johnson, et al.  vs.<br>Bay Area Rapid Transit Authority, et al.<br>United States District Court<br>Northern District of California<br>No. C-09-0901-EMC<br>Defense:  ECW training; Instructional Design | | X |
| Kimberly Ford vs. Shelby County, et al.<br>United States District Court<br>Western District of Tennessee<br>Western Division at Memphis<br>No. 2:12-cv-02647<br>Plaintiff: Suicide; Policy; Training | X | |
| Beverly Minton vs. Corporal Dale<br>S. Guyer, et al.<br>United States District Court<br>Eastern District of Pennsylvania<br>No. 12-6162<br>Plaintiff: Correctional sexual | | X |

assault; policy; training

| | Deposition | Trial |
|---|---|---|
| Matthew Manigault v. Town of Lake Hamilton, et al. United States District Court Middle District, Tampa, FL No. 8:13-CV-03093-MSS-TGW Plaintiff: Use of force; crowd control; supervision; policy | X | |
| **2015** | **Deposition** | **Trial** |
| Yvette Wilshire, et al. v Brian S. Love, M.D., et al. Circuit Court of Putnam County, West Virginia No. 11-C-295 Defense: Training; Use of force; policy; procedures | X | |
| Gregory Kelly v. Las Vegas Metropolitan Police Department, et al. United States District Court District of Nevada No. 2:12-cv-02074-LRH-CWH Defense: Training; policy; use of Force; defensive tactics | X | X |
| Katrina Love-Mckinley v. County Of Muskegon; et al., United States District Court Western District of Michigan- Southern Division No. 1:14-cv-00840 RHB Plaintiff: In-custody Death; Use of OC, restraint chair, spit veil, Force; supervision | X | |