**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Danville Division**

GWENDOLYN SMALLS, as Administratrix
of the Estate of LINWOOD RAYMOND
LAMBERT, JR., deceased

        Plaintiff,

vs.                                 CIVIL ACTION NO. 4:15-cv-00017 (JLK)

CHIEF OF POLICE, JAMES W. BINNER,
COLONEL, Individually and in his official
Capacity, et al.,

        Defendants.

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Gwendolyn Smalls as Administratrix of the Estate of Linwood Raymond Lambert, Jr., Plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Orders of March 7, 2015: (1) denying Plaintiff's Motion for Partial Summary Judgment on the Issue of Qualified Immunity (Document No. 127); and (2) granting in part, and denying in part, Defendants' Motion for Summary Judgment on the Issue of Qualified Immunity (Document Nos. 128 and 129).

        Respectfully submitted,

        **KOPSTEIN & ASSOCIATES, LLC**

        */s/ David M. Kopstein*
        David M. Kopstein (VSB #29999)
        9831 Greenbelt Road, Suite 205
        Seabrook, Maryland 20706
        Telephone: (301) 552-3330
        Fax: (301) 552-2170
        dkopstein@cox.net

**MESSA & ASSOCIATES, P.C.**

*s/Ramon A. Arreola*
Joseph L. Messa, Jr., Esquire (*pro hac vice*)
Thomas N. Sweeney, Esquire (*pro hac vice*)
Ramon A. Arreola, Esquire (*pro hac vice*)
123 S. 22nd Street
Philadelphia, PA 19103
Telephone: (215) 568-3500
Fax (215) 568-3501
jmessa@messalaw.com
tsweeney@messalaw.com
rarreola@messalaw.com

Dated:   April 5, 2016