IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

GWENDOLYN SMALLS, as Administratrix
of the Estate of LINWOOD RAYMOND
LAMBERT, JR., deceased,

    Plaintiff,

v.                                    Civil Action No. 4:15CV00017

CHIEF OF POLICE, JAMES W. BINNER,
COLONEL,
Individually and in his official capacity, et als.,

    Defendants.

## NOTICE OF APPEAL

COME NOW Chief of Police, James W. Binner, Colonel, individually and in his official capacity, Deputy Chief Brian K. Lovelace, individually and in his official capacity, the Town of South Boston, Corporal Tiffany Bratton, individually and in her official capacity, Officer Clifton Mann, individually and in his official capacity, and Officer Travis Clay, individually and in his official capacity, Defendants, and hereby give notice that they appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order dated March 7, 2016 (ECF#157 and #158), as well as the corrected Memorandum Opinion dated April 1, 2016 (ECF#171), granting in part and denying in part Defendants' Motion for Summary Judgment (ECF#128 and #129).

Chief of Police, James W. Binner, Colonel, et als.

By Counsel

COUNSEL:

s/ Michael A. Nicholas
James A. L. Daniel (VSB #03881)
Martha White Medley (VSB #21171)
Michael A. Nicholas (VSB #80749)
Counsel for Defendants
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Phone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
mnicholas@dmklawfirm.com

## CERTIFICATE OF MAILING

I hereby certify that on the __5th__ day of April, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David M. Kopstein, Esquire
Philip P. Kuljurgis, Esquire
Kopstein & Associates, LLC
9831 Greenbelt Road, Suite 205
Seabrook, MD 20706
*Co-Counsel for Plaintiff*

Joseph L. Messa, Esquire
Ramon A. Arreola, Esquire
Thomas N. Sweeney, Esquire
Messa & Associates
123 S. 22nd Street
Philadelphia, PA 19103
*Co-Counsel for Plaintiff's attorneys*

s/ Michael A. Nicholas