# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Danville Division

GWENDOLYN SMALLS, as Administratrix
of the Estate of LINWOOD RAYMOND
LAMBERT, JR., deceased

      Plaintiff,

vs.                          CIVIL ACTION NO. 4:15-cv-00017 (JLK)

CHIEF OF POLICE, JAMES W. BINNER,
COLONEL, Individually and in his official
Capacity, et al.,

      Defendants.

## ORDER

Following Judge Kiser's issuance of a memorandum opinion on the parties' cross motions for summary judgment, and his conclusion that Defendants are not entitled to qualified immunity on certain claims, the previously entered order staying all discovery not related to issues of qualified immunity (Dkt. No. 42) is hereby **LIFTED**. As previously relayed in a telephonic conference on March 14, 2016, the parties may conduct appropriate discovery on all remaining issues related to this case. The deadlines in the previously entered pretrial order (Dkt. No. 7) shall govern all applicable discovery deadlines going forward. To the extent those deadlines are triggered by the trial date, the new trial date of January 30, 2017 shall dictate those deadlines. All other aspects of the pretrial order remain unchanged.

    It is so **ORDERED.**

                                    Entered: April 5, 2016

                                    *Robert S. Ballou*

                                    Robert S. Ballou
                                    United States Magistrate Judge