UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1383 (L)
(4:15-cv-00017-JLK-RSB)

_____

GWENDOLYN SMALLS, as Administratrix of the Estate of Linwood Raymond Lambert, Jr., deceased

       Plaintiff - Appellant

v.

CHIEF OF POLICE JAMES W. BINNER, Colonel, Individually and in his official capacity; DEP. CHIEF OF POLICE BRIAN K LOVELACE, Individually and in his official capacity; TOWN OF SOUTH BOSTON; CORPORAL, TIFFANY BRATTON, Individually and in her official capacity as a member of the South Boston Police Department; OFFICER, CLIFTON MANN, Individually and in his official capacity as a member of the South Boston Police Department; OFFICER, TRAVIS CLAY, Individually and in his official capacity as a member of the South Boston Police Department

       Defendants - Appellees

 and

JOHN DOES 1-15, POLICE OFFICERS, Individually and in their official capacities as members of the South Boston Police Department

       Defendants

_____

No. 16-1385
(4:15-cv-00017-JLK-RSB)

_____

GWENDOLYN SMALLS, as Administratrix of the Estate of Linwood Raymond Lambert, Jr., deceased

       Plaintiff - Appellee

v.

CHIEF OF POLICE JAMES W. BINNER, Colonel, Individually and in his official capacity; DEP. CHIEF OF POLICE BRIAN K LOVELACE, Individually and in his official capacity; TOWN OF SOUTH BOSTON; CORPORAL, TIFFANY BRATTON, Individually and in her official capacity as a member of the South Boston Police Department; OFFICER, TRAVIS CLAY, Individually and in his official capacity as a member of the South Boston Police Department; OFFICER, CLIFTON MANN, Individually and in his official capacity as a member of the South Boston Police Department

       Defendants - Appellants

and

JOHN DOES 1-15, Police Officers, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #2, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #3, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #4, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #5, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #6, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #7, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #8, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #9, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #10, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #11, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #12, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #13, Individually and in their official capacities as members of the

South Boston Police Department; JOHN DOE #14, Individually and in their official capacities as members of the South Boston Police Department; JOHN DOE #15, Individually and in their official capacities as members of the South Boston Police Department

        Defendants

_____

O R D E R
_____

The court consolidates Case No. 16-1383 (L) and Case No. 16-1385 as cross appeals. The appellant in Case No. 16-1383 (L) shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk