# DANIEL, MEDLEY & KIRBY, P.C.

ATTORNEYS AT LAW
110 NORTH UNION STREET
DANVILLE, VIRGINIA 24541

JAMES A. L. DANIEL
MARTHA WHITE MEDLEY
WILLIAM L. KIRBY, III
JANINE M. JACOB
MICHAEL A. NICHOLAS
MAGGY L. GREGORY
T. BRENT GAMMON

MAILING ADDRESS:
POST OFFICE BOX 720
DANVILLE, VIRGINIA 24543-0720

TELEPHONE: (434) 792-3911
FACSIMILE: (434) 793-5724
INTERNET: dmklawfirm.com

MARTINSVILLE OFFICE
P. O. BOX 1192
MARTINSVILLE, VA 24114
TELEPHONE: (276) 666-1585
FACSIMILE: (276) 666-4046

April 18, 2016

**Via Email**
Hon. Robert S. Ballou
Magistrate Judge
U. S. District Court, Western District of Virginia
210 Franklin Road, Suite 344
Roanoke, VA 24006

    RE:    Gwendolyn Smalls as Administratrix of the
            Estate of LINWOOD RAYMOND LAMBERT, JR., deceased
            v.
            Chief of Police, James W. Binner, Colonel, et als.
            Civil Action No.: 4:15cv00017

Dear Judge Ballou:

    On behalf of the Defendants, we request a telephone conference with the Court for purposes of discussing proceeding with discovery during the pendency of the appeal. We have reached out to Plaintiff's counsel but have not heard back regarding their position on proceeding with discovery and, therefore, request a hearing to discuss this matter. I have copied Mr. Arreola and Mr. Sweeney on this letter. I remain

                                                    Very truly yours,

                                                    Michael A. Nicholas

MAN:rbg

cc:    Ramon A. Arreola, Esq. (via email)
        Thomas N. Sweeney, Esq. (via email)