CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC - 1 2016

JULIA C. DUDLEY, CLERK
BY: /s/ M. ____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| GWENDOLYN SMALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 4:15CV00017 |
| ) | |
| CHIEF OF POLICE, JAMES W. BINNER, ) | ORDER |
| ET AL, ) | |
| ) | |
| Defendants. ) | |

It appearing to the Court that the appeals in this matter have concluded, it is

ADJUDGED AND ORDERED

that the Clerk of this Court refund the Appeal Cost Bonds posted on 4/7/16 and 4/14/16 by issuing a check in the amount of $500.00 to Ramon A. Arreola, Esq., counsel for the Plaintiff/Appellee, Messa & Associates, 123 South 22nd Street, Philadelphia, PA 19103 and a check in the amount of $500.00 to James A. L. Daniel, Esq., counsel for the Defendants/Appellees, Daniel, Medley & Kirby P.C., 110 North Union Street, Danville, VA 24541.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER this 1st day of December, 2016.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE